IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P. a Delaware limited partnership,<br><br>     Plaintiff,<br><br>    v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN DOES (1-10),<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Court's approval, that the time within which Defendant Town of Elsmere must answer Plaintiff's First Set of Interrogatories is extended until March 18, 2005, and the time within which the parties may amend the pleadings and/or join other parties is extended until March 23, 2005.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
| By: _/s/ Patrick A. Costello_<br>David S. Eagle (DE Bar #3387)<br>Patrick A. Costello (DE Bar #4535)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>(302) 426-1189 (Telephone)<br>deagle@klehr.com<br>Attorneys for Plaintiff | By: _/s/ Linda Martin Gilchrist_<br>Edward M. McNally (DE Bar #614)<br>Linda Martin Gilchrist (DE Bar #3973)<br>222 Delaware Avenue, 10th Floor<br>P. O. Box 2306<br>Wilmington, DE 19899<br>Attorneys for Defendant Town of Elsmere<br>lgilchrist@morrisjames.com |

  SO ORDERED this _____ day of _____, 2005.

                _____
                The Honorable Sue L. Robinson

DEL1 60606-2