IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 |
| v. | : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN DOES (1-10) | : : : : : | |
| Defendants. | : | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 18th, 2005, two (2) copies of

DEFENDANTS' RESPONSES TO PLAINTIFF'S FIRST SET OF

INTERROGATORIES DIRECTED TO DEFENDANTS were served on counsel as

indicated:

VIA HAND DELIVERY
David S. Eagle, Esquire
Klehr Harrison Harvey
   Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Linda Martin Gilchrist

Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
   Ellis Blomquist and Eugene Boneker

## CERTIFICATE OF SERVICE

I, Linda Martin Gilchrist, hereby certify that on March 18th, 2005, I electronically filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

VIA HAND DELIVERY
David S. Eagle, Esquire
Klehr Harrison Harvey
  Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Linda Martin Gilchrist (#3973)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
  Ellis Blomquist and Eugene Boneker