IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P. a Delaware limited partnership, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 04-1321-SLR |
| TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN DOES (1-10), | ) ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, pursuant to Fed. R. Civ. P. 15 and Local Rule 15.1, subject to the approval of the Court, as follows:

1. The Plaintiff may file a First Amended Complaint. A blacklined version of the First Amended Complaint showing the changes to the Complaint is attached hereto as Exhibit A. A clean copy of the First Amended Complaint is attached hereto as Exhibit B.

2. The First Amended Complaint shall be deemed filed on March 23, 2005.

3. The caption of this matter shall be amended to conform with the caption of the First Amended Complaint.

DEL1 60879-1

-2-

4. Defendants shall have twenty (20) days from the date the First Amended Complaint is served on counsel for all defendants to file an Answer or responsive pleading on behalf of defendants.

| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| David S. Eagle (DE Bar #3387) | Edward M. McNally (DE Bar #614) |
| Patrick A. Costello (DE Bar #4535) | Linda Martin Gilchrist (DE Bar #3973) |
| 919 Market Street, Suite 1000 | 222 Delaware Avenue, 10th Floor |
| Wilmington, DE 19801-3062 | P. O. Box 2306 |
| (302) 426-1189 (Telephone) | Wilmington, DE 19899 |
| deagle@klehr.com | |
| Attorneys for Plaintiff | Attorneys for Defendant Town of Elsmere |

**SO ORDERED** this _____ day of _____, 2005.

_____
Honorable Sue L. Robinson