## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No. 04-1321-SLR : |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN DOES (1-10), | : : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **31st** day of **May, 2005**,

IT IS ORDERED that the mediation conference scheduled for Thursday, June 16, 2005 beginning at 10:00 a.m. is canceled. Counsel shall be notified by the Court as soon as possible if a date becomes available in August 2005 to reschedule the mediation.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE