IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P. a<br>Delaware limited partnership,<br><br>                 Plaintiff,<br><br>    v.<br><br>TOWN OF ELSMERE, a Delaware<br>municipal corporation, ELLIS BLOMQUIST,<br>EUGENE BONEKER, and JOHN GILES,<br><br>                 Defendants. | C.A. No. 04-1321-SLR |

**STIPULATION MODIFYING SCHEDULING ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the following deadlines set forth in the Scheduling Order dated January 20, 2005 are hereby modified as follows:

1. Completion of fact discovery: from August 1, 2005 to <u>August 22, 2005</u>.

2. Expert reports under Rule 26(a)(2): from June 15, 2005 to <u>August 15, 2005</u>. Rebuttal expert reports: from June 30, 2005 to <u>September 15, 2005</u>. Daubert motions: from July 15, 2005 to <u>September 23, 2005</u>.

3. Supplementations under Rule 26(e): from August 1, 2005 to <u>August 22, 2005</u>.

-2-

4. Other than as modified above, all other deadlines and matters set forth in the Scheduling Order dated January 20, 2005 remain unchanged, including the dates for summary judgment motions, the pretrial conference and trial.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |
| By: /s/ David S. Eagle<br>David S. Eagle (DE Bar #3387)<br>Patrick A. Costello (DE Bar #4535)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801-3062<br>(302) 426-1189 (Telephone)<br>*deagle@klehr.com* | By: /s/ Linda Martin Gilchrist<br>Edward M. McNally (DE Bar #614)<br>Linda Martin Gilchrist (DE Bar #3973)<br>222 Delaware Avenue, 10th Floor<br>P. O. Box 2306<br>Wilmington, DE 19899<br>*lgilchrist@morrisjames.com* |
| Attorneys for Plaintiff | Attorneys for Defendants |

**SO ORDERED** this _____ day of _____, 2005.

_____
Honorable Sue L. Robinson