**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ELSMERE PARK CLUB, L.P.,                          :
a Delaware limited partnership,                   :
                                                  :
                    Plaintiff,                    :        Civil Action No. 04-1321
                                                  :
              v.                                  :        **JURY TRIAL DEMANDED**
                                                  :
TOWN OF ELSMERE, a Delaware                       :
municipal corporation, ELLIS                      :
BLOMQUIST, EUGENE BONEKER,                        :
and JOHN GILES,                                   :
                                                  :
                    Defendants.                   :

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on June 10th, 2005, two (2) copies of: 1)

DEFENDANTS TOWN OF ELSMERE, ELLIS BLOMQUIST, EUGENE BONEKER,

AND JOHN GILES'S FIRST SET OF INTERROGATORIES PROPOUNDED UPON

PLAINTIFF ELSMERE PARK CLUB, L.P.; 2) DEFENDANTS TOWN OF ELSMERE,

ELLIS BLOMQUIST, EUGENE BONEKER AND JOHN GILES'S FIRST SET OF

REQUESTS FOR ADMISSIONS PROPOUNDED ON PLAINTIFF ELSMERE PARK

CLUB, L.P.; and, 3) DEFENDANTS TOWN OF ELSMERE, ELLIS BLOMQUIST,

EUGENE BONEKER AND JOHN GILES'S FIRST SET OF REQUESTS FOR

PRODUCTION OF DOCUMENTS PROPOUNDED ON PLAINTIFF ELSMERE

PARK CLUB, L.P. were served on counsel as indicated:

> VIA HAND DELIVERY
> David S. Eagle, Esquire
> Klehr Harrison Harvey
>    Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE  19801

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
Ellis Blomquist and Eugene Boneker

## CERTIFICATE OF SERVICE

I, Linda Martin Gilchrist, hereby certify that on June 10th, 2005, I electronically

filed the foregoing document, **NOTICE OF SERVICE**, with the Clerk of the Court

using CM/ECF which will send notification of such filing to the following:

VIA HAND DELIVERY
David S. Eagle, Esquire
Klehr Harrison Harvey
   Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

Linda Martin Gilchrist (#3973)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
Ellis Blomquist and Eugene Boneker