IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF ELSMERE, a Delaware Municipal corporation, )<br>ELLIS BLOMQUIST, EUGENE BONEKER, )<br>and JOHN GILES, )<br>)<br>Defendants. ) | Civil Action No. 04-1321 SLR<br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

I, David S. Eagle, certify that on June 30, 2005, I served a true copy of the foregoing (1) Plaintiff's First Request for the Production of Documents Directed to Defendants and (2) Plaintiff's Second Set of Interrogatories Directed to Defendants on the following counsel of record in the manner indicated.

**VIA HAND DELIVERY**

Edward M. McNally, Esq.
Linda Martin Gilchrist, Esq.
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE  19899

_____
David S. Eagle (Bar #3387)
Patrick A. Costello (Bar #4535)
Klehr Harrison Harvey Branzburg
  & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801
Telephone (302) 552-5508
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

-11-

DEL1 61414-2