IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>                Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>) |

## NOTICE OF SERVICE

      I, Patrick A. Costello, hereby certify that I caused true and correct copies of Plaintiff's Response to Defendants' First Set of Requests for Admissions to be served upon the following on July 18, 2005 via fax and hand delivery. I hereby further certify that I caused true and correct copies of Plaintiff's Response to Defendants' First Set of Interrogatories and Plaintiff's Response to Defendants' First Set of Requests for the Production of Documents to be served upon the following on July 19, 2005 and in the manner indicated below.

### VIA HAND DELIVERY

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

                                                        */s/ Patrick A. Costello*
                                                        Patrick A. Costello (Bar No. 4535)