## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of the foregoing Notice of Service to be served upon the following on the dates and in the manner indicated:

**July 19, 2005**
**VIA HAND DELIVERY**

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

Patrick A. Costello (Bar No. 4535)

DEL1 61946-1