IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>)  Jury Trial Demanded<br>)<br>) |

### NOTICE OF DEPOSITIONS

TO: Edward M. McNally, Esquire
   Linda Martin Gilchrist, Esquire
   Morris, James, Hitchens &
    Williams LLP
   222 Delaware Avenue, 10th Floor
   P.O. Box 2306
   Wilmington, DE 19899-2306

 PLEASE TAKE NOTICE that Plaintiff, Elsmere Park Club, L.P., will take the depositions of the following persons on the following dates and times at the offices of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 919 Market Street, Suite 1000, Wilmington, Delaware 19801 or at any alternative time as the parties and counsel shall agree, to continue from day to day until concluded.

| | | |
|---|---|---|
| Eugene Boneker | August 11, 2005 | 9:30 a.m. |
| John Giles | August 12, 2005 | 9:30 a.m. |

 You are invited to attend and participate in accordance with law.

DEL1 62045-1

Dated:  August 1, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
David S. Eagle (Bar No. 3387)
Douglas F. Schleicher, *pro hac vice*
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 552-5508
*Deagle@klehr.com*

Attorneys for Plaintiff
Elsmere Park Club, L.P.