**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a<br>Delaware limited partnership,<br><br>        Plaintiff,<br><br>  v.<br><br>TOWN OF ELSMERE, a Delaware<br>Municipal corporation,<br>ELLIS BLOMQUIST, EUGENE BONEKER,<br>and JOHN GILES,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>)  Jury Trial Demanded<br>)<br>) |

## CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that on August 1, 2005, I caused two true and correct

copies of the foregoing Notice of Depositions to be served upon the following in the manner

indicated:

**VIA HAND DELIVERY**
Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens &
   Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

David S. Eagle (Bar No. 3387)
*Deagle@klehr.com*