IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>                Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>) |

## RE-NOTICE OF DEPOSITION

TO:    Edward M. McNally, Esquire
         Linda Martin Gilchrist, Esquire
         Morris, James, Hitchens &
            Williams LLP
         222 Delaware Avenue, 10th Floor
         P.O. Box 2306
         Wilmington, DE 19899-2306

PLEASE TAKE NOTICE that Plaintiff, Elsmere Park Club, L.P., will take the deposition of the following person on the following date and time at the offices of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 919 Market Street, Suite 1000, Wilmington, Delaware 19801 or at any alternative time as the party and counsel shall agree, to continue from day to day until concluded.

        John Giles           August 16, 2005           9:30 a.m.

You are invited to attend and participate in accordance with law.

DEL1 62062-1

Dated: August 3, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
David S. Eagle (Bar No. 3387)
Douglas F. Schleicher, *pro hac vice*
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5508
*Deagle@klehr.com*

Attorneys for Plaintiff
Elsmere Park Club, L.P.