IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, <br><br> Defendants. | ) ) ) ) ) ) ) Civil Action No. 04-1321-SLR ) ) ) ) ) Jury Trial Demanded ) ) |

### CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that on August 3, 2005, I caused two true and correct copies of the foregoing Re-Notice of Deposition to be served upon the following in the manner indicated:

**VIA HAND DELIVERY**
Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens &
   Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

David S. Eagle (Bar No. 3387)
*Deagle@klehr.com*