IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : | |
| Plaintiff, : | Civil Action No. 04-1321 |
| v. : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, : | |
| Defendants. : | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of (1) Defendants' Responses to Plaintiff's Second Set of Interrogatories, and (2) Defendants' Responses to Plaintiff's First Request for the Production of Documents were served upon the following, by hand delivery, this 5th day of August, 2005 and addressed as follows:

>David S. Eagle, Esquire (#3387)
>Patrick A. Costello, Esquire (#4535)
>Klehr, Harrison, Harvey, Branzburg & Ellers LLP
>919 Market Street, Suite 100
>Wilmington, DE 19801-3062

>MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>
>/s/ Edward M. McNally
>Edward M. McNally (#614)
>Linda Martin Gilchrist (#3973)
>222 Delaware Avenue, 10th Floor
>Wilmington, Delaware 19801
>(302) 888-6800
>emcnally@morrisjames.com
>lgilchrist@morrisjames.com
>Attorneys for Defendants

Dated: August 5, 2005

1266671

Case 1:04-cv-01321-SLR    Document 33    Filed 08/05/2005    Page 2 of 3

## CERTIFICATE OF SERVICE

I, Linda Martin Gilchrist, hereby certify that on August 5, 2005, I caused true and correct copies of the foregoing Notice of Service to be served upon the following in the manner indicated:

### VIA HAND DELIVERY

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Linda Martin Gilchrist*
Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendants

Dated: August 5, 2005

1266676