IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : | |
| : | |
| Plaintiff, : | Civil Action No. 04-1321 |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, : | |
| : | |
| Defendants. : | |

**NOTICE OF DEPOSITIONS**

TO: David S. Eagle, Esquire
      Klehr, Harrison, Harvey,
        Branzburg & Ellers LLP
      919 Market Street, Suite 1000
      Wilmington, DE 19801-3062

PLEASE TAKE NOTICE that Defendants, Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their undersigned counsel, will, pursuant to Federal Rules of Civil Procedure 30 and 45, take the depositions upon oral examination of the following individuals at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, on the dates and times listed below or at any alternative times as the parties and counsel shall agree, and will continue day to day until completed:

| | | |
|---|---|---|
| Elliott Leibowitz | August 17, 2005 | 10:00 a.m. |
| Regina O'Neill | August 29, 2005 | 9:30 a.m. |

1267862/1

The depositions will be transcribed by a certified court reporter. You are invited to attend and participate in accordance with law.

                                             MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                             */s/ Linda Martin Gilchrist*

Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
*emcnally@morrisjames.com*
*lgilchrist@morrisjames.com*
Attorneys for Defendants Town of Elsmere,
   Ellis Blomquist and Eugene Boneker

Dated: August 9, 2005

1267862/1

## CERTIFICATE OF ELECTRONIC SERVICE

I, LINDA MARTIN GILCHRIST, hereby certify that on August 9, 2005, I have caused the following document(s) to be served electronically on the parties listed below:

1) NOTICE OF DEPOSITIONS; and, 2) CERTIFICATE OF ELECTRONIC SERVICE.

Online service to:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
>    Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE  19801
> Attorneys for Defendants and
> Third-Party Plaintiffs Elsmere Park Club, L.P. and
> LCL Management, L.L.C.

Linda Martin Gilchrist (#3973)
Email: *lgilchrist@morrisjames.com*

LDM/008522-0863/1133948/1