IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>            Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>) |

## NOTICE OF SERVICE

    I, David S. Eagle, hereby certify that I caused true and correct copies of Plaintiff's Expert Reports pursuant to Fed. R. Civ. P. 26(a)(2) of Larry W. Johnson, PE, CIH and Ronald E. Gots, M.D., Ph.D. to be served on August 15, 2005 and David J. Wilk, CRE, MAI to be served on August 18, 2005 upon the following and in the manner indicated below.

**VIA HAND DELIVERY**

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Dated: August 23, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _____
David S. Eagle (Bar No. 3387)
Douglas F. Schleicher, *pro hac vice*
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5508
*Deagle@klehr.com*
Attorneys for Plaintiff
Elsmere Park Club, L.P.

DEL1 62162-1

## CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that I caused true and correct copies of the foregoing Notice of Service to be served upon the following on the date and in the manner indicated:

**August 23, 2005**
**VIA HAND DELIVERY**

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

David S. Eagle (Bar No. 3387)