IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 |
| v. | : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : | |
| Defendants. | : : : | |

## RE-NOTICE OF DEPOSITION

TO:  David S. Eagle, Esquire
        Klehr, Harrison, Harvey,
           Branzburg & Ellers LLP
        919 Market Street, Suite 1000
        Wilmington, DE  19801-3062

PLEASE TAKE NOTICE that Defendants, Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their undersigned counsel, will, pursuant to Federal Rules of Civil Procedure 30 and 45, take the deposition upon oral examination of the following individual at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, on the date and time listed below or at any alternative time as the parties and counsel shall agree, and will continue day to day until completed:

John Ruhl                August 31, 2005                9:30 a.m.

1267250/1

The depositions will be transcribed by a certified court reporter.  You are invited to attend and participate in accordance with law.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware  19801
(302) 888-6800
*emcnally@morrisjames.com*
*lgilchrist@morrisjames.com*
Attorneys for Defendants Town of Elsmere,
   Ellis Blomquist and Eugene Boneker

Dated:  August 25, 2005

1267250/1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 25, 2005, I electronically filed the Re-Notice of

Deposition for John Ruhl with the Clerk of Court using CM/ECF, which will send

notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
> Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801
> Attorneys for Plaintiff Elsmere Park Club, L.P.


Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendant

August 25, 2005