IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 |
| v. | : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : | |
| Defendants. | : : | |

**RE-NOTICE OF DEPOSITION**

TO: David S. Eagle, Esquire
Klehr, Harrison, Harvey,
 Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801-3062

PLEASE TAKE NOTICE that Defendants, Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their undersigned counsel, will, pursuant to Federal Rules of Civil Procedure 30 and 45, take the deposition upon oral examination of the following individual at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, on the date and time listed below or at any alternative times as the parties and counsel shall agree, and will continue day to day until completed:

            John Ruhl           August 31, 2005          12:30 p.m.

1267250/1

The deposition will be transcribed by a certified court reporter. You are invited to attend and participate in accordance with law.

        MORRIS, JAMES, HITCHENS & WILLIAMS LLP

        */s/ Linda Martin Gilchrist*
        Edward M. McNally (#614)
        Linda Martin Gilchrist (#3973)
        222 Delaware Avenue, 10th Floor
        Wilmington, Delaware 19801
        (302) 888-6800
        *emcnally@morrisjames.com*
        *lgilchrist@morrisjames.com*
        Attorneys for Defendants Town of Elsmere,
           Ellis Blomquist and Eugene Boneker

Dated: August 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2005, I electronically filed the Re-Notice of Deposition for John Ruhl with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
> Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801
> Attorneys for Plaintiff Elsmere Park Club, L.P.

                                                 /s/ Linda Martin Gilchrist
                                          Edward M. McNally (#614)
                                          Linda Martin Gilchrist (#3973)
                                          Morris, James, Hitchens & Williams LLP
                                          222 Delaware Avenue, 10th Floor
                                          Wilmington, DE 19801
                                          (302) 888-6800
                                          emcnally@morrisjames.com
                                          lgilchrist@morrisjames.com
                                          Attorneys for Defendant

August 29, 2005

1267250/1