IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, : <br> : <br> Defendants. : | Civil Action No. 04-1321 <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the Appendix In Support Of Defendants' Opening Brief In Support Of Their Motion For Summary Judgment will be manually filed with the Court on September 2, 2005, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Linda Martin Gilchrist*

Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
  Ellis Blomquist and Eugene Boneker

Dated: September 1, 2005

1277615/1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2005, I electronically filed the foregoing Notice Of Filing With Clerk's Office of the Appendix In Support Of Defendants' Opening Brief In Support Of Their Motion For Summary Judgment with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
> Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801
> Attorneys for Plaintiff Elsmere Park Club, L.P.

/s/ Linda Martin Gilchrist
Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendant

1277613/1