IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : | |
| : | |
| Plaintiff, : | Civil Action No. 04-1321 |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their attorneys, hereby move the Court for summary judgment on the Elsmere Park Club, L.P. claims. In support of this motion, the moving defendants rely upon Defendants' Opening Brief In Support Of Their Motion For Summary Judgment.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Linda Martin Gilchrist*
Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
  Ellis Blomquist and Eugene Boneker

Dated: September 1, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 |
| v. | : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : : | |
| Defendants. | : : | |

## ORDER

AND NOW this _____ day of _____, 2005, the Court having considered Defendants' Motion for Summary Judgment against the claims of Elsmere Park Club, L.P., and all opposition thereto,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment be, and the same hereby is, **GRANTED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

_____
The Honorable Sue L. Robinson

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2005, I electronically filed Defendants' Motion For Summary Judgment with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
>Branzburg & Ellers LLP
>919 Market Street, Suite 1000
>Wilmington, DE  19801
>Attorneys for Plaintiff Elsmere Park Club, L.P.

*/s/ Linda Martin Gilchrist*
Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendant