IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, : <br> : <br> Defendants. : | Civil Action No. 04-1321 <br><br> **<u>JURY TRIAL DEMANDED</u>** |

## <u>RE-NOTICE OF DEPOSITION</u>

TO:  David S. Eagle, Esquire
     Klehr, Harrison, Harvey,
        Branzburg & Ellers LLP
     919 Market Street, Suite 1000
     Wilmington, DE  19801-3062

PLEASE TAKE NOTICE that Defendants, Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their undersigned counsel, will, pursuant to Federal Rules of Civil Procedure 30 and 45, take the deposition upon oral examination of the following individual at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, on the date and time listed below or at any alternative times as the parties and counsel shall agree, and will continue day to day until completed:

            David Wilk         September 22, 2005         10:00 a.m.

1286900/1

      The depositions will be transcribed by a certified court reporter. You are invited to attend and participate in accordance with law.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Edward M. McNally*

Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
*emcnally@morrisjames.com*
*lgilchrist@morrisjames.com*
Attorneys for Defendants Town of Elsmere,
  Ellis Blomquist and Eugene Boneker

Dated: September 14, 2005

1286900/1

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2005, I electronically filed the foregoing Re-Notice of Deposition of David Wilk with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
> Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE  19801
> Attorneys for Plaintiff Elsmere Park Club, L.P.

/s/ Edward M. McNally
Edward M. McNally (#614)
Linda Martin Gilchrist (#3973)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lgilchrist@morrisjames.com
Attorneys for Defendants Town of Elsmere,
    Ellis Blomquist and Eugene Boneker

Dated:  September 14, 2005

1278927/1