# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Edward M. McNally
(302) 888-6880
emcnally@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 16, 2005

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Elsmere Park Club, L.P. v. Town of Elsmere, et al.*
      Civ. No. 04-1321-SLR

Dear Judge Robinson:

Enclosed is a substitute Appendix in Support of Defendants' Opening Brief in Support of Their Motion for Summary Judgment for the Appendix filed by the Town of Elsmere Defendants on September 1, 2005, in the above-captioned matter. In the original filing, there were several black and white photographs that are difficult to read because they are photocopies of the original color pictures. Since then we have obtained additional copies of the color photographs and they are included in the attached Appendix to be substituted for the Appendix filed previously. We apologize for any inconvenience.

Respectfully submitted,

Edward M. McNally (#614)

EMM:bes
Enclosure
cc:   Clerk, U.S. District Court (w/enclosure; hand delivery)
      David S. Eagle, Esquire (w/out enclosure; hand delivery)

1288186/1