## CERTIFICATE OF SERVICE

I, hereby certify that on September 16, 2005, I electronically filed the foregoing

Plaintiff's Answering Brief in Opposition to the Motion For Summary Judgment with the Clerk

of Court using CM/ECF, which will send notification of such filing to the following, and I also

sent a copy to the following via hand delivery:


**September 16, 2005**

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306


By:    _____

David S. Eagle, (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*