IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Appendix to Plaintiff's Answering Brief In Opposition to the Motion for Summary Judgment will be manually filed with the Court on September 19, 2005, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

Dated: September 16, 2005

                                      KLEHR, HARRISON, HARVEY,
                                      BRANZBURG & ELLERS LLP

                                      By: _____
                                      David S. Eagle (DE Bar #3387)
                                      Patrick A. Costello (DE Bar #4535)
                                      919 Market Street, Suite 1000
                                      Wilmington, DE 19801-3062
                                      (302) 552-5504 (Telephone)
                                      (302) 426-9193 (Fax)
                                      deagle@klehr.com
                                      pcostello@klehr.com
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, hereby certify that on September 16, 2005, I electronically filed the foregoing Notice of Filing With the Clerk's Office of the Appendix to Plaintiff's Answering Brief in Opposition to the Motion For Summary Judgment with the Clerk of Court using CM/ECF, which will send notification of such filing to the following, and I will also send a copy to the following via hand delivery: on September 19, 2005.

September 16, 2005

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

By: _____
Patrick A. Costello (DE Bar #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
pcostello@klehr.com
*Attorneys for Plaintiff*

DEL1 62402-1