IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 (SLR) |
| v. | : : : | |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : | |
| Defendants. | : : | |

**DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DAVID J. WILK**

For the reasons set forth in the accompanying brief, the Defendants hereby move for an Order in the form attached hereto excluding the expert report and related testimony of Plaintiff's expert, David J. Wilk, at trial.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Counsel for Defendants Town of Elsmere,
   Ellis Blomquist, Eugene Boneker & John Giles

Dated: September 22, 2005

1288825

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 (SLR) |
| v. | : : : | |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : | |
| Defendants. | : : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon review of Defendants' Motion *in Limine* to Exclude the Expert Report and Testimony of Plaintiff's Expert David J. Wilk, it is hereby ORDERED that the Defendants' Motion is GRANTED and Plaintiffs are hereby precluded at trial from making any reference to, or offering any evidence regarding, the expert report of David J. Wilk.

_____, J.

1288825

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing document, **DEFENDANTS' MOTION IN LIMINE TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DAVID J. WILK AND PROPOSED ORDER**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Edward M. McNally_
Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
Attorneys for Defendants