## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing document, **COMPENDIUM VOLUME 3**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
Attorneys for Defendants