## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing document, **COMPENDIUM VOLUME 6**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

                                      MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                                      /s/ Edward M. McNally
                                      Edward M. McNally (#614)
                                      Liza H. Sherman (#4124)
                                      222 Delaware Avenue, 10th Floor
                                      Wilmington, Delaware 19801
                                      (302) 888-6800
                                      Attorneys for Defendants