# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing document, **COMPENDIUM VOLUME 7**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE  19801-3062

                MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                _/s/ Edward M. McNally_
                Edward M. McNally (#614)
                Liza H. Sherman (#4124)
                222 Delaware Avenue, 10th Floor
                Wilmington, Delaware  19801
                (302) 888-6800
                Attorneys for Defendants