IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>    Defendants. | :<br>:<br>:<br>:   Civil Action No. 04-1321 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## AFFIDAVIT OF LIZA H. SHERMAN

STATE OF DELAWARE )
         ) SS.
NEW CASTLE COUNTY )

  Liza H. Sherman, being first duly sworn upon oath, hereby states and alleges as follows:

  1. I am an attorney with Morris James, Hitchens & Williams LLP, and am an attorney for the Defendants in the above-referenced matter.

  2. On September 21, 2005, I traveled to the headquarters of J.A.B. Properties Management, Inc. ("J.A.B."), the entity that purchased the Elsmere Park Apartments a/k/a Fenwick Park Apartments (the "Apartments") from Plaintiff. At that time, J.A.B. provided me with an electronic statement of the costs and expenses it had incurred to date in association with the remediation of the Apartments.

3.  Attached as Exhibit A is a true and correct copy of the above-referenced statement submitted by J.A.B.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Liza Haley Sherman

SWORN TO AND SUBSCRIBED before me this 22 day of September, 2005.

_____
Notary Public

MARGARET M. TOUCHTON
Notary Public - Delaware
My Comm. Expires May 11, 2006

1291354

# EXHIBIT A

10:23 AM
09/21/05
Cash Basis

**Delaware Real Estate Investment Fund, LLC**
**Transactions by Account**
All Transactions

| Type | Date | Num | Name | Memo | Debit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|
| **1212 · Mold & Asbestos Remediation** | | | | | | | |
| Check | 04/14/2003 | 1007 | Astec, Inc | VOID: bldg one | 0.00 | 0.00 | 0.00 |
| Check | 04/14/2003 | 1008 | Serv Pro | mold remediation | 6,000.00 | 6,000.00 | 6,000.00 |
| Check | 04/16/2003 | 1009 | Astec, Inc | Fenwick Asbestos Removal | 5,000.00 | 5,000.00 | 11,000.00 |
| Check | 04/17/2003 | 1012 | Harvard Environmental, Inc. | VOID: Air testing Phase One | 0.00 | 0.00 | 11,000.00 |
| Check | 04/17/2003 | 1010 | Astec, Inc | inv 03047 remove stair and carpet overlay | 2,760.00 | 2,760.00 | 13,760.00 |
| Check | 04/25/2003 | 1011 | Astec, Inc | Building Two Deposit | 16,215.00 | 16,215.00 | 29,975.00 |
| Check | 04/25/2003 | 1015 | Astec, Inc | VOID: | 0.00 | 0.00 | 29,975.00 |
| Check | 04/25/2003 | 1016 | Astec, Inc | complete bldg one | 26,500.00 | 26,500.00 | 56,475.00 |
| Bill | 04/28/2003 | 03-04-180 | County Environmental | Asbestos Abatement Removal Bldg 4 | 15,000.00 | 15,000.00 | 71,475.00 |
| Check | 05/08/2003 | 1092 | Admiral Floors, Inc | VOID: | 0.00 | 0.00 | 71,475.00 |
| Check | 05/08/2003 | 1094 | Harvard Environmental, Inc. | VOID: | 0.00 | 0.00 | 71,475.00 |
| Bill | 05/19/2003 | 203388 | Harvard Environmental, Inc. | | 5,480.00 | 5,480.00 | 76,955.00 |
| Bill | 05/20/2003 | Repalcment CK#1094 | Harvard Environmental, Inc. | Replacement for check # 1049 | 7,341.00 | 7,341.00 | 84,296.00 |
| Check | 05/21/2003 | 1109 | Harvard Environmental, Inc. | replace ck no 1012 for inv 203264 | 7,964.00 | 7,964.00 | 92,260.00 |
| Bill | 05/23/2003 | | Astec, Inc | final payment bldg 2 | 0.00 | 0.00 | 92,260.00 |
| Check | 05/27/2003 | 1113 | County Environmental | Asbestos Removal Work | 4,840.00 | 4,840.00 | 97,100.00 |
| Check | 05/27/2003 | 1114 | County Environmental | Remove kitchen flooring asbestos | 648.00 | 648.00 | 97,748.00 |
| Check | 06/03/2003 | 1125 | Harvard Environmental, Inc. | VOID: Asbestos Removal | 0.00 | 0.00 | 97,748.00 |
| Check | 06/03/2003 | 1126 | County Environmental | VOID: Asbestos Abatement Removal/Remediat | 0.00 | 0.00 | 97,748.00 |
| Check | 06/03/2003 | 1127 | County Environmental | VOID: Asbestos Abatement Removal bldg 4 | 0.00 | 0.00 | 97,748.00 |
| Check | 06/03/2003 | 1128 | County Environmental | VOID: Asbestos Abatement Removal | 0.00 | 0.00 | 97,748.00 |
| Check | 06/03/2003 | 1129 | County Environmental | VOID: Asbestos Removal | 0.00 | 0.00 | 97,748.00 |
| Check | 06/04/2003 | 1143 | Harvard Environmental, Inc. | VOID: inv 203388 asbestos air testing | 0.00 | 0.00 | 97,748.00 |
| Bill | 06/16/2003 | 203441 | Harvard Environmental, Inc. | Asbestos Support | 3,880.00 | 3,880.00 | 101,628.00 |
| Check | 06/20/2003 | 1164 | Ron Spaner | reimburse cc asbestos testing | 0.00 | 0.00 | 101,628.00 |
| Check | 06/23/2003 | 1167 | Ron Spaner | replaces chk # 1164 | 400.00 | 400.00 | 102,028.00 |
| Bill | 07/07/2003 | | County Environmental | proposal 03-05-261 | 13,584.00 | 13,584.00 | 115,612.00 |
| Bill | 07/07/2003 | | County Environmental | proposal 03-05-200 | 2,400.00 | 2,400.00 | 118,012.00 |
| Bill | 07/07/2003 | | County Environmental | proposal 03-06-171 | 1,950.00 | 1,950.00 | 119,962.00 |
| Bill | 07/07/2003 | | County Environmental | proposal 03-05-241 | 6,740.00 | 6,740.00 | 126,702.00 |
| Bill | 07/07/2003 | | County Environmental | proposal 03-05-210 | 20,088.00 | 20,088.00 | 146,790.00 |
| Bill | 07/07/2003 | | County Environmental | proposale 03-04-181 | 14,206.00 | 14,206.00 | 160,996.00 |
| Bill | 07/14/2003 | 203508 | Harvard Environmental, Inc. | Inv 203508 | 650.00 | 650.00 | 161,646.00 |
| Bill | 07/14/2003 | 203507 | Harvard Environmental, Inc. | Inv203507 | 325.00 | 325.00 | 161,971.00 |
| Check | 07/18/2003 | 1215 | Harvard Environmental, Inc. | 2722 fenwick inv203421 | 3,120.00 | 3,120.00 | 165,091.00 |
| Bill | 07/31/2003 | 203522 | Harvard Environmental, Inc. | Inv 203522 | 3,387.75 | 3,387.75 | 168,478.75 |
| Bill | 09/05/2003 | 2737 | County Environmental | Inv 2737 | 2,143.92 | 2,143.92 | 170,622.67 |
| Check | 09/11/2003 | 1281 | Harvard Environmental, Inc. | VOID: | 0.00 | 0.00 | 170,622.67 |
| Check | 09/11/2003 | 1283 | Harvard Environmental, Inc. | | 2,000.00 | 2,000.00 | 172,622.67 |

10:23 AM
09/21/05
Cash Basis

## Delaware Real Estate Investment Fund, LLC
### Transactions by Account
#### All Transactions

| Type | Date | Num | Name | Memo | Debit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill | 09/17/2003 | 203666 | Harvard Environmental, Inc. | project Management 9/2 | 1,216.00 | 1,216.00 | 173,838.67 |
| Bill | 09/18/2003 | 203682 | Harvard Environmental, Inc. | iNV203682/Inspection | 608.00 | 608.00 | 174,446.67 |
| Bill | 09/18/2003 | 203680 | Harvard Environmental, Inc. | Inv203680/Renovation | 1,520.00 | 1,520.00 | 175,966.67 |
| Check | 10/17/2003 | 1336 | County Environmental | | 3,000.00 | 3,000.00 | 178,966.67 |
| Bill | 11/19/2003 | 203829 | Harvard Environmental, Inc. | Fenwick/ WO 10/27/03 | 1,520.00 | 1,520.00 | 180,486.67 |
| Bill | 11/19/2003 | 203850 | Harvard Environmental, Inc. | Fenwick/WO 11/3/03 | 836.00 | 836.00 | 181,322.67 |
| Bill | 11/28/2003 | 203866 | Harvard Environmental, Inc. | Invoice 203866 | 1,520.00 | 1,520.00 | 182,842.67 |
| Bill | 12/09/2003 | | Harvard Environmental, Inc. | Balance as of 12/5 | 11,574.00 | 11,574.00 | 194,416.67 |
| Bill | 12/13/2003 | | Vent Vac | Fenwick/ Mold | 20,000.00 | 20,000.00 | 214,416.67 |
| Bill | 12/16/2003 | 3095 | County Environmental | Customer # JAB010;Inv.3095 | 1,580.00 | 1,580.00 | 215,996.67 |
| Bill | 12/17/2003 | 203888 | Harvard Environmental, Inc. | VOID: Inv 203888/ | 0.00 | 0.00 | 215,996.67 |
| Bill | 12/17/2003 | 203907 | Harvard Environmental, Inc. | VOID: Inv 203907 | 0.00 | 0.00 | 215,996.67 |
| Bill | 12/17/2003 | 203911 | Harvard Environmental, Inc. | VOID: | 0.00 | 0.00 | 215,996.67 |
| Bill | 12/26/2003 | | County Environmental | Bath and Stairways | 2,040.00 | 2,040.00 | 218,036.67 |
| Bill | 12/26/2003 | 203941 | Harvard Environmental, Inc. | VOID: Invoice 203941 | 0.00 | 0.00 | 218,036.67 |
| Bill | 12/27/2003 | 3023 | County Environmental | VOID: Invoice 3023 | 0.00 | 0.00 | 218,036.67 |
| General Journal | 12/31/2003 | 19 | | | 15,954.25 | 15,954.25 | 233,990.92 |
| General Journal | 12/31/2003 | 23 | | | 6,450.00 | 6,450.00 | 240,440.92 |
| Check | 01/02/2004 | 1447 | Harvard Environmental, Inc. | Fenwick | 4,571.00 | 4,571.00 | 245,011.92 |
| Bill | 01/27/2004 | 203964 | Harvard Environmental, Inc. | Inv. 203964/ Project Mgmt. Wo 12/22/03 | 689.00 | 689.00 | 245,700.92 |
| Bill | 01/27/2004 | 204041 | Harvard Environmental, Inc. | Inv. 204041Project Manager 1/12/04 | 1,824.00 | 1,824.00 | 247,524.92 |
| Bill | 01/27/2004 | 204042 | Harvard Environmental, Inc. | Invoice 204042/Project Manager WO 1/19/04 | 912.00 | 912.00 | 248,436.92 |
| Bill | 01/27/2004 | 3204 | County Environmental | Invoice 3204/ WO 12/10/03 | 790.00 | 790.00 | 249,226.92 |
| Bill | 01/27/2004 | 3092 | County Environmental | Invoice 3092 | 2,040.00 | 2,040.00 | 251,266.92 |
| Bill | 02/23/2004 | 204163 | Harvard Environmental, Inc. | Inv. 204163 | 552.00 | 552.00 | 251,818.92 |
| General Journal | 02/27/2004 | 24 | | | 294,358.00 | 294,358.00 | 546,176.92 |
| Bill | 03/01/2004 | 204175 | Harvard Environmental, Inc. | Invoice 204175 | 1,596.00 | 1,596.00 | 547,772.92 |
| Bill | 03/08/2004 | 204200 | Harvard Environmental, Inc. | Inv. 204200 | 1,216.00 | 1,216.00 | 548,988.92 |
| Bill | 03/11/2004 | 3305 | County Environmental | Inv. 3305; Account # JAB010 | 1,580.00 | 1,580.00 | 550,568.92 |
| Bill | 03/15/2004 | 204213 | Harvard Environmental, Inc. | Inv.204213; | 608.00 | 608.00 | 551,176.92 |
| Bill | 03/15/2004 | 204212 | Harvard Environmental, Inc. | Inv.204212 | 734.00 | 734.00 | 551,910.92 |
| Bill | 03/22/2004 | 204242 | Harvard Environmental, Inc. | Inv.204242 | 1,109.00 | 1,109.00 | 553,019.92 |
| Bill | 03/22/2004 | 204241 | Harvard Environmental, Inc. | Inv. 204241 | 456.00 | 456.00 | 553,475.92 |
| Bill | 03/29/2004 | 204258 | Harvard Environmental, Inc. | Inv.204258 | 1,628.00 | 1,628.00 | 555,103.92 |
| Bill | 03/31/2004 | 3341 | County Environmental | Inv. 3341; Account #JAB010 | 24,574.00 | 24,574.00 | 579,677.92 |
| Bill | 04/05/2004 | 204295 | Harvard Environmental, Inc. | Inv.204295 | 2,054.00 | 2,054.00 | 581,731.92 |
| Bill | 04/12/2004 | 204307 | Harvard Environmental, Inc. | Inv.204307 | 1,152.00 | 1,152.00 | 582,883.92 |
| Bill | 04/12/2004 | 204308 | Harvard Environmental, Inc. | Inv. 204308 | 776.00 | 776.00 | 583,659.92 |
| Bill | 04/15/2004 | | Vent Vac | Microbial remediation at building #4 | 25,480.00 | 25,480.00 | 609,139.92 |
| Bill | 04/19/2004 | 3376 | County Environmental | Inv. 3376 | 4,740.00 | 4,740.00 | 613,879.92 |
| Bill | 04/19/2004 | 204331 | Harvard Environmental, Inc. | Inv. 204331 | 342.00 | 342.00 | 614,221.92 |

10:23 AM
09/21/05
Cash Basis

# Delaware Real Estate Investment Fund, LLC
## Transactions by Account
### All Transactions

Page 3 of 5

| Type | Date | Num | Name | Memo | Debit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill | 04/19/2004 | 204332 | Harvard Environmental, Inc. | Inv. 204332 | 608.00 | 608.00 | 614,829.92 |
| Bill | 04/19/2004 | 204330 | Harvard Environmental, Inc. | Inv. 204330 | 951.00 | 951.00 | 615,780.92 |
| Bill | 04/26/2004 | 204355 | Harvard Environmental, Inc. | Inv. 204355 | 1,672.00 | 1,672.00 | 617,452.92 |
| Bill | 05/03/2004 | 204370 | Harvard Environmental, Inc. | Inv. 204370 | 570.00 | 570.00 | 618,022.92 |
| Bill | 05/03/2004 | 204371 | Harvard Environmental, Inc. | Inv. 204371 | 501.00 | 501.00 | 618,523.92 |
| Bill | 05/03/2004 | 204372 | Harvard Environmental, Inc. | Inv. 204372 | 1,292.00 | 1,292.00 | 619,815.92 |
| Bill | 05/03/2004 | 204401 | Harvard Environmental, Inc. | 3412-Bldg 2/ Invoice # 204401 | 304.00 | 304.00 | 620,119.92 |
| Bill | 05/03/2004 | 861 | Detail Associates, Inc. | Inv. 861 | 6,687.50 | 6,687.50 | 626,807.42 |
| Bill | 05/10/2004 | 204400 | Harvard Environmental, Inc. | 3276-Fenwick Apts/ Invoice # 204400 | 304.00 | 304.00 | 627,111.42 |
| Bill | 05/25/2004 | 3470 | County Environmental | Inv. 3470 | 2,370.00 | 2,370.00 | 629,481.42 |
| Bill | 06/03/2004 | 942 | Detail Associates, Inc. | Inv. 942 | 2,300.00 | 2,300.00 | 631,781.42 |
| Bill | 06/09/2004 | 3540 | County Environmental | Inv.3540 | 38,735.00 | 38,735.00 | 670,516.42 |
| Bill | 06/15/2004 | 1211, 982, 1283 | Detail Associates, Inc. | Settlement/ 1211, 982, 1283 | 10,905.63 | 10,905.63 | 681,422.05 |
| Bill | 06/29/2004 | 062904947 | Vent Vac | Microbial Remediation at building/ Inv 06290494 | 12,000.00 | 12,000.00 | 693,422.05 |
| Bill | 07/01/2004 | 1005 | Detail Associates, Inc. | Inv1005 | 5,787.50 | 5,787.50 | 699,209.55 |
| Bill | 07/06/2004 | 04-07-050 | County Environmental | Change Order/ Proposal# 04-04-050 | 6,040.00 | 6,040.00 | 705,249.55 |
| Bill | 07/12/2004 | 204602 | Harvard Environmental, Inc. | 3345-Bldg.2 Addl Asbestos/ Inv.204602 | 2,292.00 | 2,292.00 | 707,541.55 |
| Bill | 07/12/2004 | 204603 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 204603 | 1,026.00 | 1,026.00 | 708,567.55 |
| Bill | 07/13/2004 | 3636 | County Environmental | Inv.3636 | 6,040.00 | 6,040.00 | 714,607.55 |
| Bill | 08/01/2004 | 072404947 | Vent Vac | Inv. 072404947 | 4,275.00 | 4,275.00 | 718,882.55 |
| Bill | 08/16/2004 | 204737 | Harvard Environmental, Inc. | 3304-Building 4 Remediation | 1,710.00 | 1,710.00 | 720,592.55 |
| Bill | 08/23/2004 | 204768 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv.204768 | 1,710.00 | 1,710.00 | 722,302.55 |
| Bill | 08/30/2004 | 204813 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 204813 | 1,596.00 | 1,596.00 | 723,898.55 |
| Bill | 09/07/2004 | 204827 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 204827 | 1,526.00 | 1,526.00 | 725,424.55 |
| Bill | 09/13/2004 | 204856 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 204856 | 1,368.00 | 1,368.00 | 726,792.55 |
| Bill | 09/13/2004 | 204866 | Harvard Environmental, Inc. | 3276-Fenwick Apts- Future | 608.00 | 608.00 | 727,400.55 |
| Bill | 09/20/2004 | 204886 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 204886 | 1,368.00 | 1,368.00 | 728,768.55 |
| Bill | 09/20/2004 | 204887 | Harvard Environmental, Inc. | 3776-Fenwick Apts Bldg,3/ Inv. 204887 | 342.00 | 342.00 | 729,110.55 |
| Bill | 10/04/2004 | 204938 | Harvard Environmental, Inc. | 3776 - Fenwick Apts. Bldg.3/ Inv. 204938 | 1,710.00 | 1,710.00 | 730,820.55 |
| Bill | 10/05/2004 | 1211 | Detail Associates, Inc. | VOID: Inv. 1211/ Project# NJ040328 | 0.00 | 0.00 | 730,820.55 |
| Bill | 10/18/2004 | 204974 | Harvard Environmental, Inc. | 3776-Fenwick Apts Bldg/ Inv. 204974 | 1,482.00 | 1,482.00 | 732,302.55 |
| Bill | 10/18/2004 | 204975 | Harvard Environmental, Inc. | 3444-Fenwick Apts. Bldg3/ Inv. 204975 | 267.00 | 267.00 | 732,569.55 |
| Bill | 10/25/2004 | 204993 | Harvard Environmental, Inc. | 3444-Fenwick Apts Bldg. 3/ Inv. 204993 | 1,046.00 | 1,046.00 | 733,615.55 |
| Bill | 10/25/2004 | 204995 | Harvard Environmental, Inc. | 3776-Fenwick Apts Bldg 3/ Inv. 204995 | 494.00 | 494.00 | 734,109.55 |
| Bill | 11/01/2004 | 205026 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 205026 | 3,790.00 | 3,790.00 | 737,899.55 |
| Bill | 11/08/2004 | 205039 | Harvard Environmental, Inc. | 3304-Building 4 Remediation/ Inv. 205039 | 1,710.00 | 1,710.00 | 739,609.55 |
| Bill | 11/15/2004 | 205061 | Harvard Environmental, Inc. | 3777-Fenwick apts Bldg5/ Inv. 205061 | 342.00 | 342.00 | 739,951.55 |
| Bill | 11/15/2004 | 205062 | Harvard Environmental, Inc. | 3776-Fenwick Apts. Bldg3/ Inv. 205062 | 1,330.00 | 1,330.00 | 741,281.55 |
| Bill | 11/15/2004 | 205063 | Harvard Environmental, Inc. | 3276-Fenwick Apts. / Inv. 205063 | 912.00 | 912.00 | 742,193.55 |
| Bill | 11/22/2004 | 205078 | Harvard Environmental, Inc. | 3777-Fenwick Apts Bldg5/ Inv. 205078 | 864.00 | 864.00 | 743,057.55 |
| Bill | 11/22/2004 | 205079 | Harvard Environmental, Inc. | 3776-Fenwick Apts Bldg 3/ Inv. 205079 | 1,026.00 | 1,026.00 | 744,083.55 |

10:23 AM
09/21/05
Cash Basis

# Delaware Real Estate Investment Fund, LLC
## Transactions by Account
### All Transactions

| Type | Date | Num | Name | Memo | Debit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill | 11/29/2004 | 205104 | Harvard Environmental, Inc. | 3777 Fenwick Apts. Bldg 5/ Inv. 205104 | 1,448.00 | 1,448.00 | 745,531.55 |
| Bill | 12/06/2004 | 205129 | Harvard Environmental, Inc. | Inv. 205129 | 2,184.00 | 2,184.00 | 747,715.55 |
| Bill | 12/13/2004 | 205155 | Harvard Environmental, Inc. | 3777-Fenwick Apts. Bldg.5/ Inv. 205155 | 2,122.00 | 2,122.00 | 749,837.55 |
| Bill | 12/20/2004 | 205199 | Harvard Environmental, Inc. | Inv.205199 | 631.00 | 631.00 | 750,468.55 |
| Bill | 12/21/2004 | | County Environmental | Inv.3636 | 1,460.00 | 1,460.00 | 751,928.55 |
| Bill | 12/27/2004 | 205227 | Harvard Environmental, Inc. | 3964 Fenwick Apts Bldg6/ Inv. 1510 | 1,510.00 | 1,510.00 | 753,438.55 |
| Bill | 01/03/2005 | 205241 | Harvard Environmental, Inc. | Inv. 205241/ 3964 Fenwick Apts. Bldg.6 | 394.00 | 394.00 | 753,832.55 |
| Bill | 01/03/2005 | 205240 | Harvard Environmental, Inc. | Inv. 205240/ 3984 Fenwick Apts. Bldg7 | 1,206.00 | 1,206.00 | 755,038.55 |
| Bill | 01/03/2005 | 205245 | Harvard Environmental, Inc. | Inv. 205245/ 3276 Fenwick Apts. | 1,102.00 | 1,102.00 | 756,140.55 |
| Bill | 01/10/2005 | 205265 | Harvard Environmental, Inc. | 3984 Fenwick Apts. Bldg 7/ Inv. 205265 | 2,160.00 | 2,160.00 | 758,300.55 |
| Bill | 01/13/2005 | 4660 | County Environmental | Inv. 4660 | 54,964.00 | 54,964.00 | 813,264.55 |
| Bill | 01/17/2005 | 205279 | Harvard Environmental, Inc. | 3984 Fenwick Apts. Bldg 7/ Inv. 205279 | 1,890.00 | 1,890.00 | 815,154.55 |
| Bill | 01/24/2005 | 205306 | Harvard Environmental, Inc. | 3984 Fenwick Apts./Inv. 205306 | 1,830.00 | 1,830.00 | 816,984.55 |
| Bill | 01/29/2005 | 1389 | Detail Associates, Inc. | Inv.# 1389 Project # NJ 040442 | 4,981.25 | 4,981.25 | 821,965.80 |
| Bill | 01/31/2005 | 205338 | Harvard Environmental, Inc. | Inv. 205338 | 304.00 | 304.00 | 822,269.80 |
| Bill | 01/31/2005 | 205337 | Harvard Environmental, Inc. | Inv.205337 | 1,216.00 | 1,216.00 | 823,485.80 |
| Bill | 02/07/2005 | 205374 | Harvard Environmental, Inc. | Inv. # 205374 Ref: 3776 Fenwick Apt. Bldg # 3 | 1,520.00 | 1,520.00 | 825,005.80 |
| Bill | 02/08/2005 | 142 | Reliance Air Care, LLC | Inv.#142 | 13,200.00 | 13,200.00 | 838,205.80 |
| Bill | 02/14/2005 | 205392 | Harvard Environmental, Inc. | 3776 Fenwick Apts Bldg/ Inv. 205392 | 1,520.00 | 1,520.00 | 839,725.80 |
| Bill | 02/21/2005 | 205427 | Harvard Environmental, Inc. | Inv. 205427/ 3776-Fenwick Apts Bldg. | 1,520.00 | 1,520.00 | 841,245.80 |
| Bill | 02/28/2005 | 0037296 | Duffield Associates, Inc. | Inv.0037296/ Project# 05988GA | 1,650.00 | 1,650.00 | 842,895.80 |
| Bill | 02/28/2005 | 205464 | Harvard Environmental, Inc. | 3776-Fenwick Apts. Bldg. 3/ Inv. 205464 | 1,216.00 | 1,216.00 | 844,111.80 |
| Bill | 03/07/2005 | 205469 | Harvard Environmental, Inc. | 3776 Fenwick Apts Bldg. 3/ Inv. 205469 | 1,482.00 | 1,482.00 | 845,593.80 |
| Bill | 03/14/2005 | 1283 | Detail Associates, Inc. | VOID: Inv. 1283-A | 0.00 | 0.00 | 845,593.80 |
| Bill | 03/14/2005 | | Detail Associates, Inc. | | 2,000.00 | 2,000.00 | 847,593.80 |
| Bill | 03/14/2005 | 205500 | Harvard Environmental, Inc. | 3776-Fenwick Apts. Bldg. 3 | 1,520.00 | 1,520.00 | 849,113.80 |
| Bill | 03/21/2005 | 205521 | Harvard Environmental, Inc. | Inv. 205521 | 1,672.00 | 1,672.00 | 850,785.80 |
| Bill | 03/28/2005 | 205540 | Harvard Environmental, Inc. | 3776 Fenwick Apts. Bldg 3/ Inv. 205540 | 1,710.00 | 1,710.00 | 852,495.80 |
| Bill | 04/04/2005 | 205568 | Harvard Environmental, Inc. | Inv. 205568 | 1,710.00 | 1,710.00 | 854,205.80 |
| Bill | 04/11/2005 | 205600 | Harvard Environmental, Inc. | Inv. 205600 | 1,710.00 | 1,710.00 | 855,915.80 |
| Bill | 04/18/2005 | 205615 | Harvard Environmental, Inc. | Inv. 205615 | 1,710.00 | 1,710.00 | 857,625.80 |
| Bill | 04/22/2005 | 1506 | Detail Associates, Inc. | Inv. 1506 | 4,700.00 | 4,700.00 | 862,325.80 |
| Bill | 04/25/2005 | 205632 | Harvard Environmental, Inc. | Inv. 205632 | 864.00 | 864.00 | 863,189.80 |
| Bill | 04/25/2005 | 205633 | Harvard Environmental, Inc. | Inv. 205633 | 1,026.00 | 1,026.00 | 864,215.80 |
| Bill | 05/02/2005 | 205657 | Harvard Environmental, Inc. | Inv. 205657 | 1,980.00 | 1,980.00 | 866,195.80 |
| Bill | 05/09/2005 | 205672 | Harvard Environmental, Inc. | Inv. 205672 | 988.00 | 988.00 | 867,183.80 |
| Bill | 05/09/2005 | 205673 | Harvard Environmental, Inc. | Inv. 205673 | 774.00 | 774.00 | 867,957.80 |
| Bill | 05/16/2005 | 205692 | Harvard Environmental, Inc. | Inv. 205692 | 1,980.00 | 1,980.00 | 869,937.80 |
| Bill | 05/23/2005 | 205726 | Harvard Environmental, Inc. | Inv. 205726 | 1,710.00 | 1,710.00 | 871,647.80 |
| Bill | 05/31/2005 | 205736 | Harvard Environmental, Inc. | Inv. 205736 | 774.00 | 774.00 | 872,421.80 |
| Bill | 05/31/2005 | 205735 | Harvard Environmental, Inc. | Inv. 205735 | 1,026.00 | 1,026.00 | 873,447.80 |

10:23 AM
09/21/05
Cash Basis

# Delaware Real Estate Investment Fund, LLC
## Transactions by Account
### All Transactions

| Type | Date | Num | Name | Memo | Debit | Original Amount | Balance |
|---|---|---|---|---|---|---|---|
| Bill | 06/06/2005 | 205768 | Harvard Environmental, Inc. | Inv. 205768 | 1,638.00 | 1,638.00 | 875,085.80 |
| Bill | 06/09/2005 | 1575 | Detail Associates, Inc. | Inv. 1575 | 2,250.00 | 2,250.00 | 877,335.80 |
| Bill | 06/09/2005 | 1574 | Detail Associates, Inc. | Inv. 1574 | 2,600.00 | 2,600.00 | 879,935.80 |
| Bill | 06/13/2005 | 205788 | Harvard Environmental, Inc. | Inv. 205788 | 1,710.00 | 1,710.00 | 881,645.80 |
| Bill | 06/20/2005 | 205818 | Harvard Environmental, Inc. | 205818 | 1,710.00 | 1,710.00 | 883,355.80 |
| Bill | 06/27/2005 | 205826 | Harvard Environmental, Inc. | Inv. 205826 | 1,672.00 | 1,672.00 | 885,027.80 |
| Bill | 07/05/2005 | 205868 | Harvard Environmental, Inc. | Inv. 205868 | 4,386.00 | 4,386.00 | 889,413.80 |
| Bill | 07/06/2005 | R-0130 | Reliance Air Care, LLC | Mold Remed. Bldg 5 | 650.00 | 650.00 | 890,063.80 |
| Bill | 07/11/2005 | 205892 | Harvard Environmental, Inc. | Inv. 205892 | 1,368.00 | 1,368.00 | 891,431.80 |
| Bill | 07/20/2005 | 1656 | Detail Associates, Inc. | Building 3 | 1,105.00 | 1,105.00 | 892,536.80 |
| Bill | 07/25/2005 | 205967 | Harvard Environmental, Inc. | Building 3 remediation week of 07/18/05 | 684.00 | 684.00 | 893,220.80 |
| Bill | 07/25/2005 | 205966 | Harvard Environmental, Inc. | Asbestos abatement for week of 07/18/05 | 1,026.00 | 1,026.00 | 894,246.80 |
| Bill | 07/28/2005 | R-0135 | Reliance Air Care, LLC | Mold Remediation Bldg. 6 & 7 Deposit | 7,320.00 | 7,320.00 | 901,566.80 |
| Bill | 08/01/2005 | 205991 | Harvard Environmental, Inc. | Building 3 remediation | 684.00 | 684.00 | 902,250.80 |
| Bill | 08/02/2005 | 5303 | County Environmental | Inv. 5303 - $19,000 made acct. current as per J | 19,000.00 | 19,000.00 | 921,250.80 |
| Bill | 08/05/2005 | 8505 | Ron Spaner | Inv. 8505 | 186.18 | 186.18 | 921,436.98 |
| Bill | 08/08/2005 | 206014 | Harvard Environmental, Inc. | Building 5 week of 8/1/05 asbestos abatement | 1,710.00 | 1,710.00 | 923,146.98 |
| Bill | 08/15/2005 | 206037 | Harvard Environmental, Inc. | Building 5 week of 08/08/05 | 304.00 | 304.00 | 923,450.98 |
| Bill | 08/15/2005 | 206038 | Harvard Environmental, Inc. | Building 6 week of 08/08/05 | 342.00 | 342.00 | 923,792.98 |
| Bill | 08/15/2005 | 206039 | Harvard Environmental, Inc. | building 9 week of 08/08/05 | 988.00 | 988.00 | 924,780.98 |
| Bill | 08/17/2005 | 1649 | Detail Associates, Inc. | Building 3 | 5,750.00 | 5,750.00 | 930,530.98 |
| Bill | 08/19/2005 | 1656 | Harvard Environmental, Inc. | Building 3 | 1,105.00 | 1,105.00 | 931,635.98 |
| Bill | 08/22/2005 | 206070 | Harvard Environmental, Inc. | Building 9 abestos abatement week of 08/15/05 | 1,710.00 | 1,710.00 | 933,345.98 |
| Bill | 08/29/2005 | 206099 | Harvard Environmental, Inc. | Building 9 abestos abatement week of 08/22/05 | 1,710.00 | 1,710.00 | 935,055.98 |
| Bill | 09/06/2005 | 206129 | Harvard Environmental, Inc. | Building 9 abestos abatement week of 08/29/05 | 1,026.00 | 1,026.00 | 936,081.98 |
| Bill | 09/12/2005 | R0136 | Reliance Air Care, LLC | Stairwells 1349,1351,1353,1355,1357 Mold Rer | 19,450.00 | 19,450.00 | 955,531.98 |
| Total 1212 · Mold & Asbestos Remediation | | | | | 955,531.98 | 955,531.98 | |
| | | | | | 955,531.98 | 955,531.98 | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing document, **AFFIDAVIT OF LIZA H. SHERMAN**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Liza H. Sherman_
Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
Attorneys for Defendants