IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>                    Plaintiff,<br><br>        v.<br><br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>                    Defendants. | :<br>:<br>:<br>:  Civil Action No. 04-1321 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Appendix in Support of Defendants' Opening Brief in Support of Their Motion *In Limine* to Exclude the Expert Report and Testimony of David J. Wilk, will be manually filed with the Court on September 22, 2005, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
*emcnally@morrisjames.com*
*lsherman@morrisjames.com*
Attorneys for Defendants Town of Elsmere,
    Ellis Blomquist, Eugene Boneker and John Giles

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September, 2005, I electronically filed the foregoing document, **NOTICE OF FILING WITH CLERK'S OFFICE**, with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

                    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                    _____
                    Edward M. McNally (#614)
                    Liza H. Sherman (#4124)
                    222 Delaware Avenue, 10th Floor
                    Wilmington, Delaware 19801
                    (302) 888-6800
                    Attorneys for Defendants