IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : : : : Plaintiff, : : v. : : TOWN OF ELSMERE, a Delaware : municipal corporation, ELLIS : BLOMQUIST, EUGENE BONEKER, : and JOHN GILES, : : Defendants. : | Civil Action No. 04-1321 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the Appendix in Support of Defendants' Opening Brief in Support of Their Motion *In Limine* to Exclude the Expert Report and Testimony of David J. Wilk, was served via hand delivery on the following:

David S. Eagle, Esquire
Patrick A. Costello, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market Street, Suite 100
Wilmington, DE 19801-3062

        MORRIS, JAMES, HITCHENS & WILLIAMS LLP

        _____
        Edward M. McNally (#614)
        Liza H. Sherman (#4124)
        222 Delaware Avenue, 10th Floor
        Wilmington, Delaware 19801
        (302) 888-6800
        *emcnally@morrisjames.com*
        *lsherman@morrisjames.com*
        Attorneys for Defendants Town of Elsmere,
          Ellis Blomquist, Eugene Boneker and John Giles