IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 |
| v. | : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : : | |
| Defendants. | : : | |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the Appendix In Support Of Defendants' Reply Brief In Support Of Their Motion For Summary Judgment will be manually filed with the Court on September 23, 2005, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Edward M. McNally
_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants Town of Elsmere,
    Ellis Blomquist and Eugene Boneker

Dated: September 23, 2005

1291693/1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2005, I manually filed the Appendix In Support Of Defendants' Motion For Summary Judgment with the Clerk of Court. In addition, a copy of the Appendix In Support Of Defendants' Motion For Summary Judgment was hand delivered to counsel of record listed below.

The foregoing Notice of Filing With Clerk's Office was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
>Branzburg & Ellers LLP
>919 Market Street, Suite 1000
>Wilmington, DE  19801
>Attorneys for Plaintiff Elsmere Park Club, L.P.

/s/ Edward M. McNally
Edward M. McNally (#614)
Liza H. Sherman (#4124)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants

1291693/1