IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>　　　　　　Defendants. | Civil Action No. 04-1321-SLR<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION *IN LIMINE* (*DAUBERT* MOTION)
TO EXCLUDE THE AFFIDAVITS, EXPERT REPORTS AND TESTIMONY
OF GERALD LLEWELLYN, GEORGE YOCHER AND KEN BELMONT**

For reasons set forth in the accompanying brief, the Plaintiff hereby moves for an Order in the form attached hereto excluding the affidavits, expert reports and related testimony of Defendants' experts, Gerald Llewellyn, George Yocher and Ken Belmont, at trial.

Dated: September 23, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

_____
David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
Douglas F. Schleicher (Admitted *Pro Hac Vice*)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

DEL1 62472-1