IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>      Plaintiff,<br><br>    v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>      Defendants. | Civil Action No. 04-1321-SLR<br><br>**JURY TRIAL DEMANDED** |

## ORDER

AND NOW, this ____ day of _____, 2005, upon review of Plaintiff's Motion *in Limine* (*Daubert* Motion) to Exclude the Affidavits, Expert Reports and Testimony of Defendants' Experts, Gerald Llewellyn, George Yocher and Ken Belmont, it is hereby ORDERED that the Plaintiff's Motion is GRANTED and Defendants are hereby precluded at trial from making any reference to, or offering any evidence regarding, the affidavits and expert reports of Gerald Llewellyn, George Yocher and Ken Belmont.

                       _____
                       Sue L. Robinson
                       District Judge

DEL1 62472-1