<u>**CERTIFICATE OF SERVICE**</u>

I, hereby certify that on September 23, 2005, I electronically filed the foregoing

*Plaintiff's Motion in Limine (Daubert Motion) to Exclude The Affidavits, Expert Reports and*

*Testimony of Gerald Llewellyn, George Yocher and Ken Belmont* with the Clerk of Court using

CM/ECF, which will send notification of such filing to the following, and I also sent a copy to

the following via hand delivery:

<u>**September 23, 2005**</u>

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

By: _____
David S. Eagle, (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*