# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Lisa H. Sherman
(302) 888-6940
lsherman@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

September 28, 2005

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Sue L. Robinson
Chief Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Elsmere Park Club, L.P. v. Town of Elsmere, et al.*
Civ. No. 04-1321-SLR

Dear Judge Robinson:

Enclosed is a Substitute Compendium of Citations to Defendants' Opening Brief In Support of Its Motion *In Limine* to Exclude the Expert Report and Testimony of David J. Wilk for the Compendium filed by the Town of Elsmere Defendants on September 22, 2005, in the above-captioned matter. Tab 2 to the Compendium was inadvertently left out in the original electronic filing. The copy sent to Your Honor on September 23rd was complete, however we enclose another copy of the Substitute Compendium for the Court's convenience. We apologize for any inconvenience this omission may have caused.

Respectfully submitted,

*[signature]*

Liza H. Sherman (#4124)
lsherman@morrisjames.com

Enclosure

cc: Clerk, U.S. District Court (w/ enclosure via CM/ECF)
    David S. Eagle, Esquire (w/ enclosure via CM/ECF)