IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a<br>Delaware limited partnership, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 04-1321-SLR |
| TOWN OF ELSMERE, a Delaware<br>Municipal corporation, ELLIS BLOMQUIST,<br>EUGENE BONEKER and JOHN GILES, | ) <br> ) <br> ) <br> ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Court's approval, that:

(1) The time within which Defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles must file an Answering Brief in opposition to Plaintiff's Motion in Limine (Daubert Motion) To Exclude the Affidavits, Expert Reports and Testimony of Gerald Llewellyn, Ken Belmont and George Yocher is extended until October 10, 2005; and

(2) The time within which Plaintiff Elsmere Park Club, L.P. must file an Answering Brief in opposition to Defendants' Motion in Limine to Exclude the Expert Report and

(Remainder of this page intentionally left blank)

DEL1 62558-2

Testimony of David J. Wilk is extended until October 14, 2005.

| | |
|---|---|
| KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP | MORRIS, JAMES, HITCHENS & WILLIAMS, LLP |

By: /s/ Patrick A. Costello
David S. Eagle (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189 (Telephone)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

By: /s/ Liza H. Sherman
Edward M. McNally (DE Bar #614)
Liza H. Sherman, Esquire (DE Bar #4124)
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE 19899
emcnally@morrisjames.com
lsherman@morrisjames.com
*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2005.

_____
The Honorable Sue L. Robinson

DEL1 62558-2