IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a<br>Delaware limited partnership,<br><br>                Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware<br>Municipal corporation,<br>ELLIS BLOMQUIST, EUGENE BONEKER,<br>and JOHN GILES,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>) |

### NOTICE OF SERVICE

I, Patrick A. Costello, hereby certify that on October 6, 2005 I cause true and correct copies of the Supplemental Report of Larry W. Johnson, PE, CIH dated October 3, 2005 to be served upon the following and in the manner indicated:

**VIA CM/ECF FILING, EMAIL & HAND DELIVERY**

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

Dated: October 6, 2005

                                        KLEHR, HARRISON, HARVEY,
                                        BRANZBURG & ELLERS LLP

                                        By: _____
                                        David S. Eagle, (Bar No. 3387)
                                        Patrick A. Costello (Bar No. 4535)
                                        919 Market Street, Suite 1000
                                        Wilmington, DE 19801-3062
                                        (302) 426-1189 (Telephone)
                                        (302) 426-9193 (Fax)
                                        deagle@klehr.com
                                        pcostello@klehr.com
                                        *Attorneys for Plaintiff*

DEL1 62562-1