# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**PATRICK A. COSTELLO**

Direct Dial: (302) 552-5504

PCostell@klehr.com

Admitted in Pennsylvania,
New Jersey & Delaware

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**October 6, 2005**

**VIA EMAIL & HAND DELIVERY**

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

    RE:    **Elsmere Park Club, L.P. v. Town of Elsmere, et al.
C. A. No. 04-cv-01321-SLR (District Court Case)**

Dear Counsel:

Enclosed please find a supplemental report from Larry Johnson at Sovereign Environmental Group concerning remediation work to address the conditions at the Elsmere Park Apartments in October 2002. Together with David Wilk's report, this supplemental report establishes the fair market value of the property at the beginning of October 2002.

                              Truly yours,

                              Patrick A. Costello

PAC:sma
Enclosure

cc:    Doug F. Schleicher, Esq.

DEL1 62561-1