**RULE 7.1.1 CERTIFICATION**

Counsel for Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles hereby certifies that opposing counsel was contacted in an effort to resolve this issue to no avail.

_____
Edward M. McNally (#614)
*emcnally@morrisjames.com*