## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2005, I electronically filed the Motion of Defendants' to Strike Supplemental Expert Report of Larry W. Johnson, with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
> Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801
> Attorneys for Plaintiff Elsmere Park Club, L.P.

_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
*emcnally@morrisjames.com*
*lsherman@morrisjames.com*
Attorneys for Defendants Town of Elsmere,
    Ellis Blomquist and Eugene Bonekar

1298180