IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>Defendants. | Civil Action No. 04-1321-SLR<br><br>JURY TRIAL DEMANDED |

## PLAINTIFF'S MOTION TO STRIKE EXHIBIT A ATTACHED TO THE 9/22/05 AFFIDAVIT OF LIZA H. SHERMAN

For the reasons stated in *Plaintiff's Answering Brief in Opposition to Defendants' Motion In Limine to Exclude the Expert Report and Testimony of David J. Wilk and Plaintiff's Opening Brief in Support of Its Motion to Strike Exhibit A Attached to the 9/22/05 Affidavit of Liza H. Sherman*, Plaintiff hereby moves the Court to enter an order striking Exhibit A attached to the September 22, 2005 Affidavit of Liza H. Sherman (D.I. 58; also found at A-225-232 of D.I. 65).

Respectfully submitted,

Dated: October 14, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

/s/ Patrick Costello

David S. Eagle (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
Douglas F. Schleicher (Admitted *Pro Hac Vice*)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone); (302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

DEL1 62625-1

## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Undersigned counsel for Plaintiff hereby affirms that before filing the foregoing Motion to Strike counsel made a reasonable effort to reach an agreement with the Defendants' counsel but was unsuccessful.

Dated: October 14, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*/s/ Patrick A. Costello*

David S. Eagle (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
Douglas F. Schleicher (Admitted *Pro Hac Vice*)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

DEL1 62625-1