IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 04-1321-SLR |
| TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

### ORDER

AND NOW, this ____ day of _____, 2005, IT IS HEREBY ORDERED THAT Plaintiff's Motion to Strike Exhibit A Attached to the September 22, 2005 Affidavit of Liza H. Sherman (D.I. 58; also found at A-225-232 of D.I. 65) is GRANTED.

_____
Chief Judge Sue L. Robinson

DEL1 62625-1