**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-1321-SLR |
| TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

**ORDER**

AND NOW, this _____ day of _____, 2005, IT IS HEREBY ORDERED

THAT Defendants' Motion *In Limine* to Exclude the Expert Report and Testimony of David J.

Wilk (D.I. 55) is DENIED.

_____

Chief Judge Sue L. Robinson

DEL1 62625-1