## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I electronically filed the foregoing (1) *Plaintiff's Answering Brief In Opposition to Defendants' Motion in Limine to Exclude the Expert Report and Testimony of David J. Wilk and Plaintiff's Opening Brief in Support of Its Motion to Strike Exhibit A Attached to the 9/22/05 Affidavit of Liza H. Sherman*; (2) the Appendix to (1); and (3) *Plaintiff's Motion to Strike Exhibit A Attached to the 9/22/05 Affidavit of Liza H. Sherman* with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to the following, and I also sent a copy to the following via hand delivery:

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

By: /s/ Patrick A. Costello
David S. Eagle, (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*