# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**PATRICK A. COSTELLO**

Direct Dial: (302) 552-5504
PCostell@klehr.com

Admitted in Pennsylvania,
New Jersey & Delaware

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

October 17, 2005

**VIA CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
Chief United States District Court Judge
United States District Court for the District of Delaware
844 King Street, Lock Box 31
Wilmington, DE 19801

RE:   **Elsmere Park Club, L.P. v. Town of Elsmere, et al.**
      **Civ. No. 04-1321-SLR**

Dear Chief Judge Robinson:

We represent plaintiff Elsmere Park Club, L.P. Enclosed please find a courtesy copy of Plaintiff's CORRECTED Answering Brief in Opposition to Defendants' Motion in Limine to Exclude the Expert Report and Testimony of David J. Wilk, which was originally e-filed on October 14, 2005 (D.I. # 76). Due to a wordprocessing error on Friday evening, several pages of draft material were inadvertently included in the original filing. We have re-filed the corrected version today along with a revised Table of Authorities and Table of Contents, and have also fixed a typo on page 19. We have made no changes to the Appendix (D.I. # 77).

We apologize for any inconvenience this may have caused the Court or counsel.

Respectfully submitted,

*Patrick A. Costello*

Patrick A. Costello
(Bar No. 4535)
*pcostello@klehr.com*

PAC:sma
Enclosure
cc:   Edward M. NcNally, Esquire (via e-file and hand delivery)
      Liza Sherman (via e-file and hand delivery)
      Clerk of the Court

DEL1 62643-1