## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing (1)

*Plaintiff's CORRECTED Answering Brief In Opposition to Defendants' Motion in Limine to*

*Exclude the Expert Report and Testimony of David J. Wilk and Plaintiff's Opening Brief in*

*Support of Its Motion to Strike Exhibit A Attached to the 9/22/05 Affidavit of Liza H. Sherman*

with the Clerk of Court using CM/ECF, which will send electronic notification of such filing to

the following, and I also sent a copy to the following via hand delivery:

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

By:   _____
David S. Eagle, (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*