## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2005, I electronically filed the foregoing *Plaintiff's*

*Reply To Defendants' Answering Brief Regarding Plaintiff's Motion To Exclude The Affidavits*

*And Testimony Of Gerald Llewellyn, Ken Belmont And George Yocher* with the Clerk of Court

using CM/ECF, which will send a electronic notification of such filing to the following:

*Also via Hand Delivery:*

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306


By: _____
        David S. Eagle, (Bar No. 3387)
        Patrick A. Costello (Bar No. 4535)
        919 Market Street, Suite 1000
        Wilmington, DE  19801-3062
        (302) 552-5504 (Telephone)
        (302) 426-9193 (Fax)
        deagle@klehr.com
        pcostello@klehr.com
        *Attorneys for Plaintiff*

DEL1 62654-1