IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : : : Plaintiff, : : v. : : TOWN OF ELSMERE, a Delaware : municipal corporation, ELLIS : BLOMQUIST, EUGENE BONEKER, : and JOHN GILES, : : Defendants. : | Civil Action No. 04-1321 **JURY TRIAL DEMANDED** |

## RE-NOTICE OF DEPOSITION

TO:   David S. Eagle, Esquire
      Klehr, Harrison, Harvey,
         Branzburg & Ellers LLP
      919 Market Street, Suite 1000
      Wilmington, DE  19801-3062

PLEASE TAKE NOTICE that Defendants, Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their undersigned counsel, will, pursuant to Federal Rules of Civil Procedure 30 and 45, take the deposition upon oral examination of the following individual at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, on the date and time listed below or at any alternative times as the parties and counsel shall agree, and will continue day to day until completed:

　　　　　　　　David Wilk　　　　　November 1, 2005　　　　　10:00 a.m.

1302900/1

The depositions will be transcribed by a certified court reporter.  You are invited to attend and participate in accordance with law.

          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

          _____
          Edward M. McNally (#614)
          Liza H. Sherman (#4124)
          222 Delaware Avenue, 10th Floor
          Wilmington, Delaware  19801
          (302) 888-6800
          *emcnally@morrisjames.com*
          *lsherman@morrisjames.com*
          Attorneys for Defendants Town of Elsmere,
             Ellis Blomquist and Eugene Boneker

Dated:  October 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I electronically filed the foregoing Re-Notice of Deposition of David Wilk with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>David S. Eagle, Esquire
>Klehr, Harrison, Harvey,
>Branzburg & Ellers LLP
>919 Market Street, Suite 1000
>Wilmington, DE 19801
>Attorneys for Plaintiff Elsmere Park Club, L.P.

_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants Town of Elsmere,
  Ellis Blomquist and Eugene Boneker

Dated: October 25, 2005

1302902/1