# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Edward M. McNally
(302) 888-6880
emcnally@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

October 27, 2005

**VIA ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801-3570

Re: *Elsmere Park Club L.P. v. Town of Elsmere, et. al.*,
**Civil Action No.: 04-1321-SLR**

Dear Judge Robinson:

Pursuant to Local Rule 7.1.4, defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles request oral argument on their Motion *In Limine* to Exclude the Expert Report and Testimony of David J. Wilk. Briefing on this motion was completed on Monday, October 24, 2005.

Defendants further respectfully request that oral argument be scheduled in advance of the pre-trial conference, presently scheduled for November 30, 2005. At present, there are several motions pending, including Defendants' Motion for Summary Judgment (D.I. 43), Defendants' Motion *In Limine* to Exclude the Expert Report and Testimony of David J. Wilk (D.I. 55), and Defendants' Motion to Strike the Supplemental Report of Larry W. Johnson (D.I. 74), as well as Plaintiff's Motion *In Limine* to Exclude the Affidavits, Expert Reports and Testimony of Gerald Llewellyn, George Yocher and Ken Belmont (D.I. 63), and Plaintiff's Motion to Strike Exhibit A Attached to the 9/22/05 Affidavit of Liza H. Sherman (D.I.75). Defendants note that Plaintiff has requested oral argument on Defendants' Motion for Summary Judgment (D.I. 67).

Respectfully,

Edward M. McNally

EMM/pbv
cc: Clerk of the Court (via electronic filing)
    David S. Eagle, Esquire (via electronic filing)