# EXHIBIT 1

## Patrick Costello - Re: FW: Township of Elsmere Protective order

| | |
|---|---|
| **From:** | David Eagle |
| **To:** | rsnuss@gmail.com; Sherman, Liza |
| **Date:** | 10/17/2005 3:55 PM |
| **Subject:** | Re: FW: Township of Elsmere Protective order |
| **CC:** | Costello, Patrick; McNally, Edward; Schleicher, Douglas |

The stipulation is fine. I will be out the next 2 days, but Patrick should be here. DSE.

>>> "Sherman, Liza H." <LSherman@morrisjames.com> 10/17/05 1:52 PM >>>
David,

Please advise as to whether this proposed change is acceptable to you. Defendants are willing to enter the stipulation as proposed by Mr. Nussbaum.

Regards,
Liza Sherman


Liza H. Sherman, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6940
Facsimile: (302) 571-1750
E-Mail: lsherman@morrisjames.com
<mailto:lsherman@morrisjames.com>

This e-mail is confidential and may be subject to the attorney-client and/or the work product privilege. Please do not read, copy or disseminate this e-mail or its attachment(s) unless you are an intended recipient. Any unauthorized use of this e-mail is not permitted. If you have received this e-mail in error, please inform Morris, James Hitchens & Williams by replying to the sender of this e-mail and then delete it from your system immediately.



-----Original Message-----
From: Robert Nussbaum [mailto:rsnuss@gmail.com]
Sent: Monday, October 17, 2005 1:37 PM
To: Sherman, Liza H.
Cc: David Waller; Buddy Berger; JAB
Subject: Township of Elsmere Protective order

I have reviewed the proposed stipulation and the same is acceptable, provided the first line on page 2 (of paragraph 2) is amended to rad "affect" instead of "implicate".

Please respond ASAP.

RSN

--
Robert S. Nussbaum, Esq.
39 Hudson Street
Hackensack, New Jersey 07601
201-343-1144
201-343-2389 (fax)
email: rsnuss@gmail.com

---

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---