# EXHIBIT 2

# ASTEC, Inc

## Asbestos Abatement Services

### 302 - 378 - 2717

### 1554 Lorewood Grove Rd.
### Middletown, DE 19709

| SOLD TO | JAB Property Management | SITE | Fenwick Apartments |
|---|---|---|---|
| STREET | 433 Palisade Ave. | STREET | |
| CITY | Jersey City | CITY | Elsmere |
| STATE | NJ     ZIP 07307 | STATE | DE     ZIP 19804 |
| TEL.NO. | 201 239 00044   NAME Ron Spencer | invoice no. | 03047 |

| CUST. ORDER | SALESMAN | TERMS | DELIVERY DATE | INVOICE DATE |
|---|---|---|---|---|
| per proposal | TPB | due upon receipt | 3/27/03 | 4/17/2003 |

| QTY | ITEM | UNIT | EXTENDED |
|---|---|---|---|
| 1 | Removal and disposal of asbestos containing building materials | $45000.00 | $45000.00 |
| -1 | Start up payment, received 3/27/03 | $13500.00 | -$13500.00 |
| 6 | Additional work: removal of stairwell tile & carpet overlay | $460.00 | $2760.00 |
| -1 | Payment, received 4/17/03 | $5000.00 | -$5000.00 |
| | Job is complete, full payment is due on completion | | |

Tax ID. 51-0313031

THANK YOU

SUBTOTAL     $29260.00
TAX
TOTAL        $29260.00

JAB 002168

| | |
|---|---|
| Subj: | **updated payables** |
| Date: | 4/21/2003 10:43:20 AM Central Standard Time |
| From: | phoffman@jabpropertymanagement.com |
| To: | dwattorney@aol.com |
| File: | acctspayable4-21-03am.xls (40448 bytes) DL Time (50666 bps): < 1 minute |

Sent from the Internet (Details)

The attached file is the updated payables.

I have a few bills which will be entered today and I will adjust the credit cards to reflect new balances.

I will email you this late in the afternoon.

We Will be receiving this week for Delaware:

$84,655 and $26,939 for a total of $111,594

Ronnie provided what he believes is the breakdown of funds we will need to pay out for Fenwick:

$26,939 to Aztec for bldg one
$16,295 to Aztec for bldg two deposit
$2,760 to Aztec for extras in bldg one
$7,964 to Harvard Air for testing
$5,000 to Rational Roofing immediately
$10,000 to Rational Roofing by 4/25/03
$11000 to Royal Windows
$6,000 to Serv Pro

$85,958 Total

Ronnie says we will need to give Rational Roofing a total of $35,000 by May 15th and then they will complete all buildings and allow us to pay off balance over six months.

Monday, April 21, 2003 America Online: DWATTORNEY

JAB 002209