**CERTIFICATION PURSUANT TO FEDERAL RULE 37(d) and LOCAL RULE RULE 7.1.1**

Counsel for Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles hereby certifies that it has in good faith conferred or attempted to confer with Plaintiff Elsmere Park Club, L.P. in an effort to depose David J. Wilk without court action.

_____
Liza H. Sherman (#4124)
lsherman@morrisjames.com

1306601/1