## STATEMENT PURSUANT TO LOCAL RULE 7.1.1

Undersigned counsel for Plaintiff hereby affirms that before filing the foregoing Motion for Leave counsel made a reasonable effort to reach an agreement with the Defendants' counsel but was unsuccessful. Plaintiff's counsel tried to contact the Defendants' counsel by telephone and left a detailed voice message concerning this Motion. As of the time of filing, Plaintiff's counsel has not heard back from Defendants' counsel.

Dated: November 8, 2005

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

*/s/ Patrick Costello*

David S. Eagle (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
Douglas F. Schleicher (Admitted *Pro Hac Vice*)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*