## CERTIFICATE OF SERVICE

I, hereby certify that on November 8, 2005, I electronically filed the foregoing Plaintiff's Expedited Motion for Leave to Extend Scheduling Order, Serve Revised and/or Supplemental Expert Reports to Address Claims and New Documents Produced by Defendants, and to Continue Trial Date with the Clerk of Court using CM/ECF, which will send notification of such filing to the following, and I also sent a copy to the following via hand delivery:

Edward M. McNally, Esquire
Linda Martin Gilchrist, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

By: /s/ Patrick A. Costello
David S. Eagle, (DE Bar #3387)
Patrick A. Costello (DE Bar #4535)
Douglas F. Schleicher
(Admitted *Pro Hac Vice*)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

DEL1 62863-1