## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : |
| Plaintiff, | : : |
| v. | :   Civil Action No. 04-1321-SLR |
| | : : |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN DOES (1-10), | : : : : : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **November, 2005**,

IT IS ORDERED that the mediation conference scheduled for Wednesday, November 30, 2005 at 10:00 a.m. has been rescheduled for **Tuesday, May 2, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, April 21, 2006.** All other provisions of the Court's March 14, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE