## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on December 12, 2005, I electronically filed the Notice of Lodging of Proof of Service of Subpoena with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

*/s/ Patrick A. Costello*
Patrick A. Costello (Bar No. 4535)
pcostello@Klehr.com

DEL1 63064-1