IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, ) ) ) ) | |
| Plaintiff, ) ) ) | |
| v. ) ) | Civil Action No. 04-1321-SLR |
| TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, ) ) ) ) ) | Jury Trial Demanded |
| Defendants. ) ) | |

## NOTICE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of Plaintiff's Supplemental Expert Reports pursuant to Fed. R. Civ. P. 26(a)(2) of Larry W. Johnson, PE, CIH and David J. Wilk, CRE, MAI to be served on December 29, 2005 upon the following and in the manner indicated below.

**VIA HAND DELIVERY**

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE  19899-2306

Dated: January 3, 2006

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

By: _/s/ Patrick A. Costello_
David S. Eagle (Bar No. 3387)
Douglas F. Schleicher, *pro hac vice*
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 552-5508
*Deagle@klehr.com*
Attorneys for Plaintiff
Elsmere Park Club, L.P.

DEL1 63195-1