IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, :  :  : | |
| Plaintiff, : | Civil Action No. 04-1321 (SLR) |
| : | |
| v. : | **JURY TRIAL DEMANDED** |
| : | |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, :  :  :  :  : | |
| Defendants. : | |

**RE-NOTICE OF DEPOSITIONS**

TO:  David S. Eagle, Esquire
     Klehr, Harrison, Harvey,
        Branzburg & Ellers LLP
     919 Market Street, Suite 1000
     Wilmington, DE  19801-3062

PLEASE TAKE NOTICE that Defendants, Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their undersigned counsel, will, pursuant to Federal Rules of Civil Procedure 30 and 45, take the depositions upon oral examination of the following individuals at the offices of Morris, James, Hitchens & Williams LLP, 222 Delaware Avenue, 10th Floor, Wilmington, Delaware 19801, on the dates and times listed below or at any alternative times as the parties and counsel shall agree, and will continue day to day until completed:

|  |  |  |
|---|---|---|
| David Wilk | January 30, 2006 | 9:30 a.m. |
| Larry Johnson | January 30, 2006 | 2:00 p.m. |

  The depositions will be transcribed by a certified court reporter. You are invited to attend and participate in accordance with law.

          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

          _____
          Edward M. McNally (#614)
          Liza H. Sherman (#4124)
          222 Delaware Avenue, 10th Floor
          Wilmington, Delaware 19801
          (302) 888-6800
          emcnally@morrisjames.com
          lsherman@morrisjames.com
          Attorneys for Defendants Town of Elsmere,
            Ellis Blomquist, John Giles and Eugene Boneker

Dated: January 16, 2006

1338124/1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2006, I electronically filed the foregoing Re-Notice of Depositions of David Wilk and Larry Johnson with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

    David S. Eagle, Esquire
    Klehr, Harrison, Harvey,
       Branzburg & Ellers LLP
    919 Market Street, Suite 1000
    Wilmington, DE 19801
    Attorneys for Plaintiff Elsmere Park Club, L.P.

                                  /s/ Edward M. McNally
                                  Edward M. McNally (#614)
                                  Liza H. Sherman (#4124)
                                  Morris, James, Hitchens & Williams LLP
                                  222 Delaware Avenue, 10th Floor
                                  Wilmington, DE 19801
                                  (302) 888-6800
                                  emcnally@morrisjames.com
                                  lsherman@morrisjames.com
                                  Attorneys for Defendants Town of Elsmere,
                                  Ellis Blomquist, John Giles and Eugene Boneker

Dated: January 16, 2006

1338260/1