# CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of the foregoing Plaintiff's Opposition to Defendants' Motion to Extend Certain Deadlines to be served upon the following on the dates and in the manner indicated:

**February 2, 2006**
**VIA CM/ECF FILING**

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

_____
Patrick A. Costello (Bar No. 4535)

5

DEL1 63412-2