# EXHIBIT A

## Sherman, Liza H.

| | |
|---|---|
| **From:** | Sherman, Liza H. |
| **Sent:** | Thursday, January 05, 2006 10:54 AM |
| **To:** | 'Patrick Costello' |
| **Cc:** | Douglas Schleicher; McNally, Edward; Phillips, Stacey M. |
| **Subject:** | RE: Depositions of Johnson and Wilk |

Patrick,

While we are willing to depose your experts after the 13th, doing so will necessarily cause our expert report to be delayed.

With that understanding, we are unavailable on January 17, 24, 25 or 31. Please suggest an alternative date that does not fall on these dates.

--Liza

>-----Original Message-----
> **From:** Patrick Costello [mailto:PCOSTELL@klehr.com]
> **Sent:** Thursday, January 05, 2006 10:40 AM
> **To:** Sherman, Liza H.
> **Cc:** Douglas Schleicher
> **Subject:** RE: Depositions of Johnson and Wilk
>
> Liza: Our experts are not available on the 13th or before. We are trying to get dates when all of us (counsel and our experts) are available so we can give you a few dates to consider. Are there any particular dates after the 13th that your side is unavailable?
> -Patrick
>
> Patrick A. Costello, Esq.
> (Admitted in PA, NJ, and DE)
> Klehr, Harrison, Harvey, Branzburg & Ellers LLP
> 919 Market St., Suite 1000
> Wilmington, DE 19801
> phone: (302) 552-5504
> fax: (302) 426-9193
> website: www.klehr.com
> email: pcostello@klehr.com
>
> >>> "Sherman, Liza H." <LSherman@morrisjames.com> 01/04/06 11:56 AM >>>
> By way of clarification, please advise at latest tomorrow regarding the availability of the witnesses during the period between now and January 13th. I apologize if my previous e-mail was unclear.
>
>> -----Original Message-----
>> **From:** Sherman, Liza H.
>> **Sent:** Wednesday, January 04, 2006 11:42 AM
>> **To:** Douglas Schleicher; 'Patrick Costello'
>> **Cc:** McNally, Edward; Phillips, Stacey M.
>> **Subject:** Depositions of Johnson and Wilk
>>
>> Doug and Patrick:

2/6/2006

We would like to take the depositions of both Larry Johnson and David Wilk. We'd like to take both on the same day, beginning at 9AM. January 13th would be ideal for both of us. Please advise as to your availability for that date. If that date is not acceptable, please propose an alternative date for their depositions some time between now and January 13th.

Regards,


Liza H. Sherman, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6940
Facsimile: (302) 571-1750
E-Mail: lsherman@morrisjames.com
<mailto:lsherman@morrisjames.com>

This e-mail is confidential and may be subject to the attorney-client and/or the work product privilege. Please do not read, copy or disseminate this e-mail or its attachment(s) unless you are an intended recipient. Any unauthorized use of this e-mail is not permitted. If you have received this e-mail in error, please inform Morris, James Hitchens & Williams by replying to the sender of this e-mail and then delete it from your system immediately.

---

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

# EXHIBIT B

## Sherman, Liza H.

**From:** Patrick Costello [PCOSTELL@klehr.com]
**Sent:** Thursday, January 05, 2006 12:20 PM
**To:** Sherman, Liza H.
**Cc:** Douglas Schleicher; McNally, Edward
**Subject:** RE: Depositions of Johnson and Wilk

Liza:

Taking depositions after Jan. 13th does not translate into an extension of the Jan. 31, 2006 expert report deadline. There is nothing in the Court's Order dated Nov. 16, 2005 that links expert depositions to when your responsive expert report is due, nor does the Order give you an extension if plaintiff's experts are not deposed by the 13th. In fact, the Court's Order specifically accounts for depositions to take place after all expert reports are due because the deadline for expert discovery is not until Feb. 28, 2006.
I also note that although we served our expert reports on Dec. 29, 2005, yesterday afternoon (Jan. 4) was the first time you requested that depositions occur by Jan. 13th.

That being said, we are willing to work with you on scheduling deposition dates that are mutually acceptable to all parties and the witnesses involved. We have reached out to our experts in order to determine their availability and we will let you know some alternative dates after we have heard back from them.
-Patrick

>>> "Sherman, Liza H." <LSherman@morrisjames.com> 01/05/06 10:53 AM >>>
Patrick,

While we are willing to depose your experts after the 13th, doing so will necessarily cause our expert report to be delayed.

With that understanding, we are unavailable on January 17, 24, 25 or 31. Please suggest an alternative date that does not fall on these dates.

--Liza

>-----Original Message-----
>**From:** Patrick Costello [mailto:PCOSTELL@klehr.com]
>**Sent:** Thursday, January 05, 2006 10:40 AM
>**To:** Sherman, Liza H.
>**Cc:** Douglas Schleicher
>**Subject:** RE: Depositions of Johnson and Wilk
>
>Liza: Our experts are not available on the 13th or before. We are trying to get dates when all of us (counsel and our experts) are available so we can give you a few dates to consider. Are there any particular dates after the 13th that your side is unavailable?
>-Patrick
>
>Patrick A. Costello, Esq.
>(Admitted in PA, NJ, and DE)
>Klehr, Harrison, Harvey, Branzburg & Ellers LLP
>919 Market St., Suite 1000
>Wilmington, DE 19801
>phone: (302) 552-5504
>fax: (302) 426-9193

2/6/2006

website: www.klehr.com
email: pcostello@klehr.com

>>> "Sherman, Liza H." <LSherman@morrisjames.com> 01/04/06 11:56 AM >>>
By way of clarification, please advise at latest tomorrow regarding the availability of the witnesses during the period between now and January 13th. I apologize if my previous e-mail was unclear.

-----Original Message-----
**From:** Sherman, Liza H.
**Sent:** Wednesday, January 04, 2006 11:42 AM
**To:** Douglas Schleicher; 'Patrick Costello'
**Cc:** McNally, Edward; Phillips, Stacey M.
**Subject:** Depositions of Johnson and Wilk

Doug and Patrick:

We would like to take the depositions of both Larry Johnson and David Wilk. We'd like to take both on the same day, beginning at 9AM. January 13th would be ideal for both of us. Please advise as to your availability for that date. If that date is not acceptable, please propose an alternative date for their depositions some time between now and January 13th.

Regards,


Liza H. Sherman, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, Delaware 19899-2306
Telephone: (302) 888-6940
Facsimile: (302) 571-1750
E-Mail: lsherman@morrisjames.com
<mailto:lsherman@morrisjames.com>

This e-mail is confidential and may be subject to the attorney-client and/or the work product privilege. Please do not read, copy or disseminate this e-mail or its attachment(s) unless you are an intended recipient. Any unauthorized use of this e-mail is not permitted. If you have received this e-mail in error, please inform Morris, James Hitchens & Williams by replying to the sender of this e-mail and then delete it from your system immediately.

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be

used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

2/6/2006

# EXHIBIT C

## Sherman, Liza H.

**From:** Patrick Costello [PCOSTELL@klehr.com]
**Sent:** Monday, January 16, 2006 3:04 PM
**To:** Sherman, Liza H.
**Cc:** Douglas Schleicher; McNally, Edward
**Subject:** Elsmere - expert depositions

Liza:

Below are the dates when everyone (attorney and witnesses) from our side is available for expert depositions:

Jan. 30, 2006 --morning David Wilk / pm -- Larry Johnson
Feb 6, 2006 --morning Wilk / pm Johnson

Due to Wilk's schedule, these are the only times we can do it. Wilk flies out in the pm to go out of town on each date. Please let me know which date you select. Thanks.
-Patrick

Patrick A. Costello, Esq.
(Admitted in PA, NJ, and DE)
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 Market St., Suite 1000
Wilmington, DE 19801
phone: (302) 552-5504
fax: (302) 426-9193
website: www.klehr.com
email: pcostello@klehr.com