IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>                Plaintiff,<br><br>    v.<br><br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>                Defendants. | Civil Action No. 04-1321<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of Defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker, and John Giles's Second Set of Interrogatories Propounded Upon Plaintiff Elsmere Park Club, L.P. were served upon the following, by hand delivery, this 9th day of February, 2006 and addressed as follows:

    David S. Eagle, Esquire (#3387)
    Patrick A. Costello, Esquire (#4535)
    Klehr, Harrison, Harvey, Branzburg & Ellers LLP
    919 Market Street, Suite 100
    Wilmington, DE  19801-3062

                              MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                              _____
                              Edward M. McNally (#614)
                              Liza H. Sherman (#4124)
                              222 Delaware Avenue, 10th Floor
                              Wilmington, Delaware  19801
                              (302) 888-6800
                              emcnally@morrisjames.com
                              lsherman@morrisjames.com
                              Attorneys for Defendants

1349181