## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of the foregoing

Plaintiff's Motion for Leave to File a Sur-Reply in Opposition to Defendants' Motion to Extend

Certain Deadlines to be served upon the following on the dates and in the manner indicated:


**February 13, 2006**
**VIA CM/ECF FILING**

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

Patrick A. Costello (Bar No. 4535)

DEL1 63484-1