IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>Defendants. | :<br>:<br>:<br>:   Civil Action No. 04-1321 (SLR)<br>:<br>:   **JURY TRIAL DEMANDED**<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE**

I, Liza H. Sherman, herby certify that I caused a true and correct copy of Defendants' Expert Report pursuant to Fed. R. Civ. P. 26(a)(2) of Marland Dulaney, Jr. Ph.D. DABT to be served on February 27, 2006, upon the following and in the manner indicated below.

**VIA HAND DELIVERY**

David S. Eagle, Esquire
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Attorneys for Plaintiff Elsmere Park Club, L.P.

Dated: February 27, 2006

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

_/s/ Liza H. Sherman_
Edward M. McNally (# 614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants Town of Elsmere,
   Ellis Blomquist, Eugene Boneker and John Giles

1354659/1

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2006, I electronically filed Defendants' Notice of Service of Dr. Marland Dulaney's Expert Report with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

David S. Eagle, Esquire
Klehr, Harrison, Harvey,
   Branzburg & Ellers LLP
919 Market Street, Suite 1000
Wilmington, DE 19801
Attorneys for Plaintiff Elsmere Park Club, L.P.

_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
MORRIS, JAMES, HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants Town of Elsmere,
   Ellis Blomquist, Eugene Boneker and John Giles

1354659/1