## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of the foregoing Plaintiff's Opposition to Defendants' Motion to Strike to be served upon the following on the dates and in the manner indicated:

**February 28, 2006**
**VIA CM/ECF FILING**

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE  19899-2306

_____
Patrick A. Costello (Bar No. 4535)

3

DEL1 63567-1