IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>     Plaintiff,<br><br>  v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>) |

### NOTICE OF DEPOSITION

TO: Edward M. McNally, Esquire
   Liza A. Sherman, Esquire
   Morris, James, Hitchens & Williams LLP
   222 Delaware Avenue, 10th Floor
   P.O. Box 2306
   Wilmington, DE 19899-2306

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 45 of the Federal Rules of Civil Procedure, Plaintiff, Elsmere Park Club, L.P., will take the deposition of the following person on the following dates and times at the offices of Klehr, Harrison, Harvey, Branzburg & Ellers LLP, 919 Market Street, Suite 1000, Wilmington, Delaware 19801, or at any alternative time as the parties and counsel shall agree, to continue from day to day until concluded:

   **Dr. Marland Dulaney, Jr.**  March 14, 2006   10:00 a.m.

The deposition will be taken upon oral examination before a Notary Public or an official authorized to administer oaths and will be recorded by sound and/or stenographic means.

The deponent is requested to testify concerning his report and the matters addressed in Plaintiff's Third Set of Interrogatories Directed to Defendants (a copy of which is being served

DEL1 63596.1

to the Defendants along with this Notice). The deponent and/or the Defendants are requested to produce to Plaintiff all materials identified in Plaintiff's Second Request for Production of Documents Directed to Defendants (a copy of which is being served to the Defendants along with this Notice) at least three (3) days before the date of this deposition.

You are invited to attend and participate in accordance with law.

Dated: March 3, 2006               KLEHR, HARRISON, HARVEY,
                                   BRANZBURG & ELLERS LLP

                              By:  _____
                                   David S. Eagle, (Bar No. 3387)
                                   Douglas F. Schleicher, *pro hac vice*
                                   Patrick A. Costello (Bar No. 4535)
                                   919 Market Street, Suite 1000
                                   Wilmington, DE 19801-3062
                                   (302) 426-1189 (Telephone)
                                   (302) 426-9193 (Fax)
                                   deagle@klehr.com
                                   pcostello@klehr.com
                                   *Attorneys for Plaintiff*