IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>              Plaintiff,<br><br>   v.<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>)<br>) Jury Trial Demanded<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that on March 3, 2006, I electronically filed the foregoing Notice of Deposition with the Clerk of Court using CM/ECF, which will send notification of such filing to the following, and I also sent a copy of the foregoing Notice of Deposition along with a copy of expert interrogatories and requests for the production of documents via electronic mail to the following counsel of record:

    Edward M. McNally, Esquire
    Liza A. Sherman, Esquire
    Morris, James, Hitchens & Williams LLP
    222 Delaware Avenue
    P.O. Box 2306
    Wilmington, DE  19899-2306

                                            /s/ Patrick A. Costello
                                      Patrick A. Costello (Bar No. 4535)
                                      919 Market Street, Suite 1000
                                      Wilmington, DE  19801-3062
                                      (302) 426-1189 (Telephone)
                                      (302) 426-9193 (Fax)
                                      pcostello@klehr.com
                                      *Attorney for Plaintiff*

DEL1 62506.1