IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 04-1321 SLR |
| TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, ) ) ) ) ) | Jury Trial Demanded |
| Defendants. ) | |

### NOTICE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of (1) Plaintiff's Second Request for the Production of Documents Directed to Defendants and (2) Plaintiff's Third Set of Interrogatories Directed to Defendants (expert interrogatories and requests for the production of documents) to be served upon the following counsel of record on the date and in the manner indicated:

**VIA EMAIL and HAND DELIVERY**
**March 3, 2006**

Edward M. McNally, Esq.
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE 19899

_/s/ Patrick A. Costello_
David S. Eagle, (Bar No. 3387)
Douglas F. Schleicher, *pro hac vice*
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 426-1189 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*