## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of the foregoing Notice of Service to be served upon the following counsel of record on the date and in the manner indicated:

**VIA EMAIL and HAND DELIVERY**
**March 3, 2006**

Edward M. McNally, Esq.
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE 19899

*/s/ Patrick A. Costello*
Patrick A. Costello (Bar No. 4535)