# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Liza H. Sherman
(302) 888-6940
lsherman@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 7, 2006

**VIA CM/ECF and HAND DELIVERY**

Chief Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 N. King Street
Room 6124
Lockbox 31
Wilmington, DE 19801

    Re:  *Elsmere Park Club, L.P. v. Town of Elsmere, et al.*
          C.A. No. 04-1321 (SLR)

Dear Judge Robinson:

    On behalf of Defendant's Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, and in accordance with Local Rule 7.1.2(a), this letter provides notice to the Court that Defendant's waive their right to file a Reply Brief in Support of Defendants' Motion to Strike Plaintiffs' Sur-Reply, which would, by Local Rules, be due today.

                               Respectfully,

                               Liza H. Sherman, Esq. (#4124)

cc:    Clerk of the Court (via CM/ECF)
       Patrick A. Costello, Esq. (via CM/ECF)