IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : |
| Plaintiff, | : Civil Action No. 04-1321 |
| v. | : **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : |
| Defendants. | : |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that two copies of Defendants' Responses to Plaintiff's First Request for the Production of Documents Directed to Defendants, and two copies of Defendants' Responses to Plaintiff's Second Set of Interrogatories Directed to Defendants, along with this Notice of Service, were served upon the following, by hand delivery, this 9th day of March, 2006 and addressed as follows:

    David S. Eagle, Esquire
    Patrick A. Costello, Esquire
    Klehr, Harrison, Harvey, Branzburg & Ellers LLP
    919 Market Street, Suite 100
    Wilmington, DE 19801-3062

    MORRIS, JAMES, HITCHENS & WILLIAMS LLP

    /s/ Edward M. McNally
    Edward M. McNally (#614)
    Liza H. Sherman (#4124)
    222 Delaware Avenue, 10th Floor
    Wilmington, Delaware 19801
    (302) 888-6800
    emcnally@morrisjames.com
    lsherman@morrisjames.com
    Attorneys for Defendants

1349181