IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : : : | |
| Plaintiff, : | Civil Action No. 04-1321 (SLR) |
| v. : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, : : : : : | |
| Defendants. : : | |

**ORDER**

Upon consideration of the Motion of Defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker, and John Giles ("Defendants") to Extend Certain Deadlines (the "Motion"), for the entry of an order extending the deadline for Defendants to serve its expert report and the expert discovery deadline, and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1. Defendants' expert reports shall be submitted on of before February 28, 2006.

2. All expert discovery shall be completed on or before March 14, 2006.

3. All other deadlines set forth in the current scheduling order shall remain unchanged.

Dated: _March, 13, 2006_

_____
Sue L. Robinson
United States District Judge

1343317/1