IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TOWN OF ELSMERE, a Delaware Municipal corporation, )<br>ELLIS BLOMQUIST, EUGENE BONEKER, )<br>and JOHN GILES, )<br>)<br>Defendants. ) | Civil Action No. 04-1321 SLR<br><br><br>Jury Trial Demanded |

## NOTICE OF SERVICE

Please take notice that undersigned counsel caused two copies of Plaintiff's Response to Defendants' Second Set of Interrogatories to be served upon the following counsel of record on the date and in the manner indicated:

**VIA HAND DELIVERY**
**March 13, 2006**

Edward M. McNally, Esq.
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE  19899

David S. Eagle, (Bar No. 3387)
Douglas F. Schleicher, *pro hac vice*
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE  19801-3062
(302) 426-1189 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

PHIL1 664875-1