## CERTIFICATE OF SERVICE

I, Patrick A. Costello, hereby certify that I caused true and correct copies of the foregoing

Notice of Service to be served upon the following counsel of record on the date and in the

manner indicated:

**VIA HAND DELIVERY**
**March 13, 2006**

Edward M. McNally, Esq.
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE  19899

Patrick A. Costello (Bar No. 4535)