IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, :<br><br>Plaintiff, :<br><br>vi. :<br><br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, :<br><br>Defendants. : | Civil Action No. 04-1321 (SLR) |

**DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker and John Giles, through their attorneys, hereby move the Court for summary judgment on the Elsmere Park Club, L.P. claims. In support of this motion, the moving defendants rely upon Defendants' Opening Brief In Support Of Their Renewed Motion For Summary Judgment.

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Liza H. Sherman
Edward M. McNally (#614)
Liza H. Sherman (#4124)
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
(302) 888-6800
*emcnally@morrisjames.com*
*lsherman@morrisjames.com*
Attorneys for Defendants Town of Elsmere,
    Ellis Blomquist, Eugene Boneker and John Giles

Dated: March 31, 2006

1369718/1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,   :<br>:<br>Plaintiff,   :<br>:<br>v.   :<br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,   :<br>:<br>Defendants.   : | Civil Action No. 04-1321 (SLR) |

## ORDER

AND NOW this _____ day of _____, 2006, the Court having considered Defendants' Renewed Motion for Summary Judgment against the claims of Elsmere Park Club, L.P., and all opposition thereto,

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment be, and the same hereby is, **GRANTED** in its entirety.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I electronically filed Defendants' Renewed Motion For Summary Judgment and Proposed Order with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>   David S. Eagle, Esquire
>   Klehr, Harrison, Harvey,
>   Branzburg & Ellers LLP
>   919 Market Street, Suite 1000
>   Wilmington, DE 19801
>   Attorneys for Plaintiff Elsmere Park Club, L.P.

>   Edward M. McNally (#614)
>   Liza H. Sherman (#4124)
>   Morris, James, Hitchens & Williams LLP
>   222 Delaware Avenue, 10th Floor
>   Wilmington, DE 19801
>   (302) 888-6800
>   emcnally@morrisjames.com
>   lsherman@morrisjames.com
>   Attorneys for Defendants Town of Elsmere,
>     Ellis Blomquist and Eugene Boneker

1369975