IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership,<br><br>    Plaintiff,<br><br>  v.<br><br>TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No. 04-1321 (SLR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Appendix In Support Of Defendants' Opening Brief In Support Of Their Renewed Motion For Summary Judgment will be manually filed with the Court on March 31, 2006, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

          _____
          Edward M. McNally (#614)
          Liza H. Sherman (#4124)
          222 Delaware Avenue, 10th Floor
          Wilmington, Delaware 19801
          (302) 888-6800
          *emcnally@morrisjames.com*
          *lsherman@morrisjames.com*
          Attorneys for Defendants Town of Elsmere,
           Ellis Blomquist and Eugene Boneker

Dated: March 31, 2006

1291693/1

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2006, I manually filed the Appendix In Support Of Defendants' Opening Brief In Support Of Their Renewed Motion For Summary Judgment with the Clerk of Court. In addition, a copy of the Appendix In Support Of Defendants' Opening Brief In Support Of Their Renewed Motion For Summary Judgment was hand delivered to counsel of record listed below.

The foregoing Notice of Filing With Clerk's Office was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

    David S. Eagle, Esquire
    Klehr, Harrison, Harvey,
    Branzburg & Ellers LLP
    919 Market Street, Suite 1000
    Wilmington, DE 19801
    Attorneys for Plaintiff Elsmere Park Club, L.P.

/s/ Edward M. McNally
Edward M. McNally (#614)
Liza H. Sherman (#4124)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants

1291693/1