## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, : : : | |
| Plaintiff, : : | |
| v. : : | Civil Action No. 04-1321-SLR |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN DOES (1-10), : : : : : | |
| Defendants. : | |

## ORDER

At Wilmington this **7th** day of **April, 2006**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, May 2, 2006 at 10:00 a.m. is canceled. Counsel are to advise the Magistrate Judge when the decision on defendants' motion has been rendered.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE