IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a<br>Delaware limited partnership,<br><br>    Plaintiff,<br><br>  v.<br><br>TOWN OF ELSMERE, a Delaware<br>Municipal corporation, ELLIS BLOMQUIST,<br>EUGENE BONEKER and JOHN GILES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-1321 (SLR)<br>)<br>)<br>)<br>)   <u>JURY TRIAL DEMANDED</u><br>)<br>) |

## STIPULATION TO EXTEND TIME

WHEREAS Defendants' Renewed Motion for Summary Judgment was filed and served on March 31, 2006 and under Local Rule 7.1.2 Plaintiff's Answering Brief is due by April 14, 2006;

WHEREAS Plaintiff has requested an extension for its Answering Brief until April 26, 2006, and Defendants have agreed to grant that extension;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, subject to the Court's approval, that the time within which Plaintiff Elsmere Park Club, L.P. must file an Answering Brief in opposition to Defendants' Renewed Motion for Summary Judgment is extended until April 26, 2006.

| KLEHR, HARRISON, HARVEY,<br>BRANZBURG & ELLERS LLP | MORRIS, JAMES, HITCHENS &<br>WILLIAMS, LLP |
|---|---|
| By:  /s/ *Patrick A. Costello*<br>  David S. Eagle (DE Bar #3387)<br>  Douglas F. Schleicher (*pro hac vice*)<br>  Patrick A. Costello (DE Bar #4535)<br>  919 Market Street, Suite 1000<br>  Wilmington, DE 19801-3062<br>  (302) 426-1189 (Telephone)<br>  deagle@klehr.com<br>  pcostello@klehr.com<br>  *Attorneys for Plaintiff* | By:  /s/ *Liza H. Sherman*<br>  Edward M. McNally (DE Bar #614)<br>  Liza H. Sherman (DE Bar #4124)<br>  222 Delaware Avenue, 10th Floor<br>  P. O. Box 2306<br>  Wilmington, DE 19899<br>  emcnally@morrisjames.com<br>  lsherman@morrisjames.com<br>  *Attorneys for Defendants* |

SO ORDERED this _____ day of April, 2006.

                        _____
                        The Honorable Sue L. Robinson

DEL1 63812-2