## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2006, I electronically filed Plaintiff's Answering Brief in Opposition to the Renewed Motion for Summary Judgment with the Clerk of Court using CM/ECF, which will send a electronic notification of such filing to the following:

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899-2306

By: _____
David S. Eagle, (Bar No. 3387)
Patrick A. Costello (Bar No. 4535)
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5504 (Telephone)
(302) 426-9193 (Fax)
deagle@klehr.com
pcostello@klehr.com
*Attorneys for Plaintiff*

DEL1 63877-1