IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a<br>Delaware limited partnership,<br><br>              Plaintiff,<br><br>    v.<br><br>TOWN OF ELSMERE, a Delaware<br>Municipal corporation,<br>ELLIS BLOMQUIST, EUGENE BONEKER,<br>and JOHN GILES,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-1321-SLR<br>)<br>)<br>)<br>)<br>) JURY TRIAL DEMANDED<br>)<br>)<br>) |

**NOTICE OF FILING WITH CLERK'S OFFICE**

Notice is hereby given that the Appendix Volumes I and II to Plaintiff's Answering Brief in Opposition to the Renewed Motion for Summary Judgment will be manually filed with the Court on April 27, 2006, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

Dated: April 27, 2006        By: _/s/ Patrick A. Costello_
                                                    David S. Eagle, (Bar No. 3387)
                                                    Patrick A. Costello (Bar No. 4535)
                                                    919 Market Street, Suite 1000
                                                    Wilmington, DE 19801-3062
                                                    (302) 552-5504 (Telephone)
                                                    (302) 426-9193 (Fax)
                                                    deagle@klehr.com
                                                    pcostello@klehr.com
                                                    *Attorneys for Plaintiff*