## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2006, I manually filed the Appendix Volumes I and II to Plaintiff's Answering Brief in Opposition to the Renewed Motion for Summary Judgment with the Clerk of Court. In addition, a copy of the Appendix Volumes I and II to Plaintiff's Answering Brief in Opposition to the Renewed Motion for Summary Judgment was hand delivered to counsel of record listed below on April 26, 2006.

The foregoing Notice of Filing With Clerk's Office was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Edward M. McNally, Esquire
> Liza H. Sherman, Esquire
> Morris, James, Hitchens & Williams LLP
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899-2306

Dated: April 27, 2006          By: _____
                                   David S. Eagle, (Bar No. 3387)
                                   Patrick A. Costello (Bar No. 4535)
                                   919 Market Street, Suite 1000
                                   Wilmington, DE 19801-3062
                                   (302) 552-5504 (Telephone)
                                   (302) 426-9193 (Fax)
                                   deagle@klehr.com
                                   pcostello@klehr.com
                                   *Attorneys for Plaintiff*

DEL1 63878-1