# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**PATRICK A. COSTELLO**

Direct Dial: (302) 552-5504
PCostell@klehr.com

Admitted in Pennsylvania,
New Jersey & Delaware

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

**April 27, 2006**

**VIA CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
Chief United States District Court Judge
United States District Court for the District of Delaware
844 King Street, Lock Box 31
Wilmington, DE 19801

    RE:   **Elsmere Park Club, L.P. v. Town of Elsmere, et al.**
            **U. S. District Court for the District of Delaware; C. A. No. 04-1321-SLR**
            **Unreported Decisions**

Dear Chief Judge Robinson:

    For the above-referenced matter, enclosed please find the unreported decisions cited in Plaintiff's Answering Brief in Opposition to the Renewed Motion for Summary Judgment. These opinions were inadvertently not attached to the brief that Plaintiff filed yesterday. We are simultaneously serving copies to the Clerk of Court and to opposing counsel.

                                        Respectfully submitted,

                                        Patrick A. Costello
                                        (Bar No. 4535)
                                        *pcostello@klehr.com*

PAC:sma
Enclosure
cc:     Liza H. Sherman, Esq.
          Clerk of the Court

DEL1 63885-1