## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I electronically filed Defendants' Reply Brief in Support of Their Renewed Motion for Summary Judgment with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

> David S. Eagle, Esquire
> Klehr, Harrison, Harvey,
> Branzburg & Ellers LLP
> 919 Market Street, Suite 1000
> Wilmington, DE 19801
> Attorneys for Plaintiff Elsmere Park Club, L.P.

*/s/ Liza H. Sherman*
_____
Edward M. McNally (#614)
Liza H. Sherman (#4124)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
lsherman@morrisjames.com
Attorneys for Defendants Town of Elsmere,
    Ellis Blomquist, Eugene Boneker and John Giles