IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, | : : : | |
| Plaintiff, | : : | Civil Action No. 04-1321 (SLR) |
| v. | : : | **JURY TRIAL DEMANDED** |
| TOWN OF ELSMERE, a Delaware municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, | : : : : : : | |
| Defendants. | : : | |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the Appendix to Defendants' Reply Brief in Support of Their Renewed Motion for Summary Judgment will be manually filed with the Court on May 3, 2006, and is available in paper form only.

The original document is maintained in the case file in the Clerk's Office.

> MORRIS, JAMES, HITCHENS & WILLIAMS LLP
>
> */s/ Edward M. McNally*
> Edward M. McNally (#614)
> Liza H. Sherman (#4124)
> 222 Delaware Avenue, 10th Floor
> Wilmington, Delaware 19801
> (302) 888-6800
> emcnally@morrisjames.com
> lsherman@morrisjames.com
> Attorneys for Defendants Town of Elsmere,
>   Ellis Blomquist, Eugene Boneker and John Giles

Dated: May 3, 2006