## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2006, I manually filed the Appendix to Defendants' Reply Brief in Support of Their Renewed Motion for Summary Judgment with the Clerk of the Court. In addition, a copy of the Appendix was hand delivered to counsel of record listed below on May 3, 2006.

The foregoing Notice of Filing With Clerk's Office was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

       David S. Eagle, Esquire
       Klehr, Harrison, Harvey,
       Branzburg & Ellers LLP
       919 Market Street, Suite 1000
       Wilmington, DE 19801
       Attorneys for Plaintiff Elsmere Park Club, L.P.

 

       _____
       Edward M. McNally (#614)
       Liza H. Sherman (#4124)
       Morris, James, Hitchens & Williams LLP
       222 Delaware Avenue, 10th Floor
       Wilmington, DE 19801
       (302) 888-6800
       emcnally@morrisjames.com
       lsherman@morrisjames.com
       Attorneys for Defendants Town of Elsmere,
           Ellis Blomquist, Eugene Boneker and John Giles

1386049