# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**DAVID S. EAGLE**
Direct Dial: (302) 552-5508
DEAGLE@klehr.com

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

May 4, 2006

**VIA CM/ECF & HAND DELIVERY**

The Honorable Sue L. Robinson
Chief United States District Court Judge
United States District Court
for the District of Delaware
844 King Street
Lock Box 31
Wilmington, DE 19801

> RE: **Elsmere Park Club, L.P. v. Town of Elsmere, et al.**
>     **Civ. No. 04-1321-SLR**

Dear Judge Robinson:

We represent Elsmere Park Club, L.P. in the above-referenced litigation. Pursuant to Local Rule 7.1.4, we respectfully request that oral argument on Defendants' Renewed Motion for Summary Judgment (D.I. 116) be heard at the Court's convenience.

Respectfully submitted,

David S. Eagle
(Bar No. 3387)
*deagle@klehr.com*

DSE:sma

cc: Edward M. McNally, Esquire (via e-file)

DEL1 63920-1