IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-1321-SLR |
| | ) |
| TOWN OF ELSMERE, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of February, 2007, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendants' motion for summary judgment (D.I. 116) is granted. The Clerk of Court is directed to enter judgment in favor of defendants and against plaintiff.

_____
United States District Judge