```
            IN THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF DELAWARE


ELSMERE PARK CLUB, L.P.,       )
                               )
          Plaintiff,           )
                               )
     v.                        )   Civ. No. 04-1321-SLR
                               )
TOWN OF ELSMERE, ELLIS         )
BLOMQUIST, EUGENE BONEKER,     )
and JOHN GILES,                )
                               )
          Defendants.          )
```

## JUDGMENT IN A CIVIL CASE

For reasons stated in the court's memorandum opinion and order of February 21, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendants Town of Elsmere, Ellis Blomquist, Eugene Boneker, and John Giles and against plaintiff Elsmere Park Club, L.P.

_____
United States District Judge

Dated: February 22, 2007

_____
(By) Deputy Clerk