IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELSMERE PARK CLUB, L.P., a Delaware limited partnership, )<br><br>Plaintiff, )<br><br>v. )<br><br>TOWN OF ELSMERE, a Delaware Municipal corporation, ELLIS BLOMQUIST, EUGENE BONEKER, and JOHN GILES, )<br><br>Defendants. ) | ) ) ) ) ) District Court Docket<br>) Civil Action No. 04-1321 (SLR)<br>) )  The Honorable Sue L. Robinson<br>) ) )  Jury Trial Demanded<br>) ) |

## NOTICE OF APPEAL

Notice is hereby given that Elsmere Park Club, L.P., plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on February 23, 2007, and the Memorandum Opinion and Order dated February 21, 2007 granting defendants' motion for summary judgment.

Respectfully submitted,

KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP

Dated: March 16, 2007

David S. Eagle, Esq. (Bar No. 3387)
Douglas F. Schleicher, Esq., *pro hac vice*
919 Market Street, Suite 1000
Wilmington, DE 19801-3062
(302) 552-5508 Phone
(302) 426-9193 Fax
deagle@klehr.com

*Attorneys for Plaintiff-Appellant*
*Elsmere Park Club, L.P.*

DEL1 65870-1

## CERTIFICATE OF SERVICE

I, David S. Eagle hereby certify that on March 16, 2007, I electronically filed a Notice of Appeal with the Clerk of Court using CM/ECF, which will send a electronic notification of such filing to the following:

Edward M. McNally, Esquire
Liza H. Sherman, Esquire
Morris, James, Hitchens & Williams LLP
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306

David S. Eagle (Bar No. 3387)

DEL1 65917-1