# KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS LLP
## ATTORNEYS AT LAW

**DAVID S. EAGLE**
Direct Dial: (302) 552-5508
DEAGLE@klehr.com

919 MARKET STREET
SUITE 1000
WILMINGTON, DELAWARE 19801-3062

(302) 426-1189
FAX (302) 426-9193

www.klehr.com

**New Jersey Office**
457 Haddonfield Road
Suite 510
Cherry Hill, New Jersey 08002-2220
(856) 486-7900

**Philadelphia Office**
260 South Broad Street
Philadelphia, Pennsylvania 19102-5003
(215) 568-6060

March 16, 2007

**VIA E-FILING & U.S. MAIL**

The Honorable Sue L. Robinson
Chief United States District Court Judge
United States District Court for the District of Delaware
844 King Street, Lock Box 31
Wilmington, DE 19801

    RE: **Elsmere Park Club, L.P. v. Town of Elsmere, et al.
Civ. No. 04-1321 (SLR) (D. Del.)**

Dear Chief Judge Robinson:

Pursuant to Rule 3.1 of the Third Circuit Local Appellate Rules, I enclose a copy of the Notice of Appeal filed today by Plaintiff Elsmere Park Club, L.P. in the above-referenced matter.

                                  Respectfully submitted,

                                  David S. Eagle
                                  (Bar No. 3387)

DSE:spd

cc:    Edward M. McNally, Esquire (via e-file and U.S. Mail)

DEL1 65872-1