## TRANSCRIPT PURCHASE ORDER
### For Third Circuit Court of Appeals

District Court: __District of Delaware__
Court of Appeals Docket No. __07-1821__
District Court Docket No. __04-cv-01321 (SLR)__

Short Case Title __Elsmere Park Club, L.P. v. Town of Elsmere, et al.__
Date Notice of Appeal Filed by Clerk of District Court __3/16/07__

**Part 1.** (To be completed by party responsible for ordering transcript)

NOTE: A SEPRATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:
- [x] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the District Court Clerk's office.
- [ ] This is to order a transcript of the proceedings heard on the date listed below from _____ (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- [ ] Voir dire;
- Opening statement of [ ] plaintiff [ ] defendant
- Closing argument of [ ] plaintiff [ ] defendant
- [ ] Jury instructions
- [ ] Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to District Court Judge
- [ ] Private Funds

Signature: _(signed)_
Date: 4/2/07
Print Name: David S. Eagle
Counsel for: Appellant, Elsmere Park Club, L.P.
Address: 919 N. Market St., Suite 1000, Wilmington, DE 19801
Telephone: (302) 552-5508

**Part II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

- [ ] Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

_____ Date    _____ (Name of Court Reporter)    _____ Telephone

**Part III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages _____    Actual Number of Volumes _____

_____ Date    _____ Signature of Court Reporter

## CERTIFICATE OF SERVICE

I, David S. Eagle, hereby certify that on this 2nd day of April, 2007, I caused to be served copies of the attached *Transcript Purchase Order form* on The Court Of Appeals For The Third Circuit Clerk's Office via hand delivery, the District Court For The District Of Delaware Clerk's Office via electronic filing and hand delivery, and on the following counsel of record in the manner indicated:

**VIA ELECTRONIC FILING and HAND DELIVERY**

Edward M. McNally, Esq.
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801

*/s/ David S. Eagle /pac*
David S. Eagle (DE Bar No. 3387)