UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No.  07-1821

_____

ELSMERE PARK CLUB, L.P.,
a Delaware limited partnership,
                                        Appellant

v.

TOWN OF ELSMERE, a Delaware municipal
corporation; ELLIS J. BLOMQUIST;
EUGENE BONEKER; JOHN GILES

_____

Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Action No. 04-cv-01321)
District Judge: Honorable Sue L. Robinson

_____

Argued: April 15, 2008

_____

Before: AMBRO, FISHER, and MICHEL,[*] Circuit Judges

**JUDGMENT**

This cause came on to be heard on the record before the United States District

Court for the District of Delaware and argued on April 15, 2008.

On consideration whereof,  IT IS ORDERED AND ADJUDGED by this Court

_____

[*]Honorable Paul R. Michel, Chief Judge, United States Court of Appeals for the
Federal Circuit, sitting by designation.

Elsmere Park Club v. Town of Elsmere et al.
07-1821
Page 2


that the judgment of the District Court dated February 23, 2007, is hereby affirmed.

Costs taxed against appellant.  All of the above in accordance with the opinion of this

Court.


ATTEST:


/s/Marcia M. Waldron
Clerk

Dated: September 9, 2008
smw/cc:     David S. Eagle, Esq.
            Douglas F. Schleicher, Esq.
            Edward M. McNally, Esq.